EAPN, PHV, CLOSED

# U.S. District Court
## Western District of Missouri (Kansas City)
### CIVIL DOCKET FOR CASE #: 4:03-cv-00439-FJG

Internal Use Only

04 1021 EFH

Ary Jewelers, L.L.C. v. IBJ Whitehall Bank & Trust Co. et al
Assigned to: Fernando J. Gaitan Jr.
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/20/03
Jury Demand: None
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

MAGISTRATE JUDGE Bowler

**Plaintiff**
-----------------------

Ary Jewelers, L.L.C.                                represented by   **Barry L Pickens**
                                                                    Spencer Fane Britt & Browne
                                                                    1000 Walnut Street
                                                                    Suite 1400
                                                                    Kansas City, MO 64106-2140
                                                                    (816)292-8203
                                                                    Fax : (816)474-3216
                                                                    Email: bpickens@spencerfane.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Michael C Leitch**
                                                                    Spencer Fane Britt & Browne, LLP
                                                                    1000 Walnut St
                                                                    Suite 1400
                                                                    Kansas City, MO 64113
                                                                    (816)474-8100
                                                                    Fax : (816)474-3216
                                                                    Email: mleitch@spencerfane.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.
JAN 30 2004
R.H. [illegible], CLERK
By: Georgia Lee_____ Deputy Clerk

V.

**Defendant**
-----------------------

IBJ Whitehall Bank & Trust Co.                      represented by   **Robert S Fischler**
                                                                    Winston & Strawn
                                                                    200 Park Avenue
                                                                    New York, NY 10166
                                                                    (212)294-6839
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | Dale Lee Beckerman<br>Deacy & Deacy, LLP<br>920 Main ST<br>Ste. 1900<br>Kansas City, MO 64105<br>(816) 421-4000<br>Fax : (816) 421-7880<br>Email: dlb@deacylaw.com<br>*ATTORNEY TO BE NOTICED* |
| IBJ Whitehall Capital Corp. | represented by | Robert S Fischler<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Dale Lee Beckerman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Whitehall Business Credit Corp. | represented by | Robert S Fischler<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Dale Lee Beckerman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| IBJ Whitehall Business Credit Corp. | represented by | Robert S Fischler<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Dale Lee Beckerman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| IBJTC Business Credit Corp. | represented by | Robert S Fischler<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Dale Lee Beckerman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Molinario | represented by | Robert S Fischler<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Dale Lee Beckerman<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|

| Date | | # | Description |
|---|---|---|---|
| 05/20/2003 | ● | 1 | COMPLAINT against IBJ Whitehall Bank & Trust Co., IBJ Whitehall Business Credit Corp., IBJ Whitehall Capital Corp., IBJTC Business Credit Corp., David Molinario, Whitehall Business Credit Corp. (Filing fee $ 150 receipt number 206799) Service due by 9/17/2003, filed by Barry L Pickens on behalf of Ary Jewelers, L.L.C.. (Attachments: # 1 Civil Cover Sheet)(Henson, Tanya) (Entered: 05/21/2003) |
| 05/21/2003 | ● | 2 | Notice of EAPN was mailed to filer. (Henson, Tanya) (Entered: 05/21/2003) |
| 09/08/2003 | ● | 3 | AMENDED COMPLAINT against IBJTC Business Credit Corp., David Molinario Service due by 1/6/2004, filed by Barry L Pickens on behalf of Ary Jewelers, L.L.C..(Pickens, Barry) (Entered: 09/08/2003) |
| 09/16/2003 | ● | 4 | WAIVER OF SERVICE returned executed by Ary Jewelers, L.L.C.. IBJTC Business Credit Corp. waiver sent on 9/8/2003, answer due 11/7/2003. (Pickens, Barry) (Entered: 09/16/2003) |
| 09/16/2003 | ● | 5 | WAIVER OF SERVICE returned executed by Ary Jewelers, L.L.C.. David Molinario waiver sent on 9/8/2003, answer due 11/7/2003. (Pickens, Barry) (Entered: 09/16/2003) |
| 10/30/2003 | ● | 6 | NOTICE of appearance by Dale Lee Beckerman on behalf of all defendants (Beckerman, Dale) (Entered: 10/30/2003) |
| 10/30/2003 | ● | 7 | Motion and Order to appear pro hac vice granting appearance of Attorney Robert S Fischler for IBJ Whitehall Capital Corp.; IBJTC Business Credit Corp.; David Molinario; Whitehall Business Credit Corp.; IBJ Whitehall Bank & Trust Co. and IBJ Whitehall Business Credit Corp.. Fee paid; receipt number 213542. (Beard, Melanie) (Entered: 10/31/2003) |
| 11/03/2003 | ● | 8 | MOTION to dismiss case *or in the Alternative for Transfer* filed by Dale Lee Beckerman on behalf of IBJTC Business Credit Corp., David Molinario Suggestions in opposition/response due by 11/18/2003 (Beckerman, Dale) (Entered: 11/03/2003) |
| 11/03/2003 | ● | 9 | SUGGESTIONS in support re 8 MOTION to dismiss case *or in the Alternative for Transfer* filed by Dale Lee Beckerman on behalf of Defendants IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit Affidavit of Robert F. Brown# 2 Exhibit Affidavit of David Molinario# 3 Exhibit Affidavit of Robert S. Fischler w/Exhibit A)(Related document(s)8) (Beckerman, Dale) (Entered: 11/03/2003) |
| 11/03/2003 | ● | 10 | DISCLOSURE OF CORPORATE INTERESTS *Statement Pursuant to Federal Rule of Civil Procedure 7.1* filed by Dale Lee Beckerman on behalf of Defendants IBJTC Business Credit Corp., David Molinario.(Beckerman, Dale) (Entered: 11/03/2003) |
| 11/04/2003 | ● | 11 | ORDER - joint proposed discovery plan & scheduling order due 12/5/2003 (Enss, Rhonda). (Entered: 11/04/2003) |
| 11/18/2003 | ● | 12 | Joint MOTION to stay *Rule 16(f) Conference and For Extensions of Time to File Pleadings Regarding Defendants' Motions to Dismiss* filed by Barry L Pickens on behalf of Ary Jewelers, L.L.C. Suggestions in opposition/response due by 12/3/2003 (Pickens, Barry) (Entered: 11/18/2003) |

| 11/18/2003 | 13 | NOTICE of Endorsement by IBJTC Business Credit Corp., David Molinario (Beckerman, Dale) (Entered: 11/18/2003) |
|---|---|---|
| 11/21/2003 | 14 | ORDER granting and denying in part [#12] Joint MOTION to stay Rule 16(f) Conference and For Extensions of Time to File Pleadings Regarding Defendants' Motion to Dismiss. Plaintiff granted extension of time to 12/18/03 to file opposition to defendants' motion to dismiss and defendant's reply due 1/13/04. Jointproposed discovery plan and scheduling order due 2/13/2004 (Enss, Rhonda). (Entered: 11/21/2003) |
| 12/18/2003 | 15 | SUGGESTIONS in opposition re 8 MOTION to dismiss case *or in the Alternative for Transfer* filed by Barry L Pickens on behalf of Plaintiff Ary Jewelers, L.L.C.. Reply Suggestions due by 1/2/2004. (Attachments: # 1 Affidavit Declaration of Barry L. Pickens)(Related document(s)8) (Pickens, Barry) (Entered: 12/18/2003) |
| 01/07/2004 | 16 | REPLY SUGGESTIONS to motion re 8 MOTION to dismiss case *or in the Alternative for Transfer* filed by Dale Lee Beckerman on behalf of Defendants IBJTC Business Credit Corp., David Molinario. (Related document(s)8) (Beckerman, Dale) (Entered: 01/07/2004) |
| 01/29/2004 | 17 | ORDER granting in part and denying in part [#8] defendants' motion to dismiss or in alternative to transfer case. Case is transferred to District of Massachusetts, Eastern Division. (Enss, Rhonda) (Entered: 01/29/2004) |
| 01/29/2004 |  | ***Civil Case Terminated. (Enss, Rhonda) (Entered: 01/29/2004) |