UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARY JEWELERS, LLC,

Plaintiff,

v.

IBJTC BUSINESS CREDIT CORPORATION, et al.,

Defendants.

No. 04-10281-EFH

**WITHDRAWAL OF COUNSEL**

COME NOW Spencer J. Brown, Dale L. Beckerman and the Law Firm of Deacy & Deacy, LLP and hereby move to withdraw as counsel of record for defendants IBJTC Business Credit Corporation and David Molinario. Undersigned counsel acted as defendants' local counsel in Missouri. Now that the action is venued in this Court, counsel understands that counsel admitted in this Court are to be retained.

Spencer J. Brown #18616
Dale L. Beckerman #26937 MO
DEACY & DEACY, LLP
920 Main Street, Suite 1900
Kansas City, Missouri 64106
Telephone: (861) 421-4000
Facsimile: (861) 421-7880

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2004 a copy of the foregoing was served by depositing same in the United States mail, First Class postage prepaid, properly addressed to:

Michael C. Leitch, Esq.
Barry L. Pickens, Esq.
Spencer Fane Britt & Browne, LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64113

Stephen P. Carrigan, Esq.
Suzanna Bonham Phillips, Esq.
Sydow & Carrigan
1331 Lamar, Suite 1550
Houston, Texas 77010
ATTORNEYS FOR PLAINTIFF

Robert S. Fischler
Winston & Strawn
200 Park Avenue
New York, New York 10166
ATTORNEYS FOR DEFENDANTS

______________________________
ATTORNEYS FOR DEFENDANTS