UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
ARY JEWELERS, LLC, :
:
          Plaintiff, :
: C.A. No. 04 CV 10281EFH
v. :
:
IBJTC BUSINESS CREDIT CORPORATION :
and DAVID MOLINARIO, :
:
          Defendants. :
--------------------------------------------------------------- x

## NOTICE OF APPEARANCE

Please enter the appearances of Robert M. Thomas, Jr. and Rory H. Delaney as co-counsel on behalf of IBJTC Business Credit Corporation in the above-entitled case.

                                                             Respectfully submitted,

                                                             */s/ R.H. Delaney*
                                                             Robert M. Thomas, Jr. (BBO #645600)
                                                             Rory H. Delaney (BBO #655666)
                                                             *THOMAS & ASSOCIATES*
                                                             Federal Reserve Building
                                                             600 Atlantic Avenue, 12th Floor
                                                             Boston, MA 02210
                                                             (617) 371-1072

Dated: May 4, 2004