UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
ARY JEWELERS, LLC,                              :
                                                :
              Plaintiff,          :
                                                :  C.A. No. 04 CV 10281EFH
    v.                                          :
                                                :
IBJTC BUSINESS CREDIT CORPORATION               :
and DAVID MOLINARIO,                            :
                                                :
              Defendants.         :
----------------------------------------------------------- x

## NOTICE OF APPEARANCE

Please enter the appearances of Robert M. Thomas, Jr. and Rory H. Delaney as co-counsel on behalf of David Molinario in the above-entitled case.

                                      Respectfully submitted,

                                      Robert M. Thomas, Jr. (BBO #645600)
                                      Rory H. Delaney (BBO #655666)
                                      *THOMAS & ASSOCIATES*
                                      Federal Reserve Building
                                      600 Atlantic Avenue, 12th Floor
                                      Boston, MA 02210
                                      (617) 371-1072

Dated: May 6, 2004