UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ARY JEWELERS, LLC, ET AL.,
                Plaintiffs

v.

IBJ WHITEHALL BANK & TRUST CO.,
ET AL.,
                Defendants.

CIVIL ACTION NO.:
04-10281-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

May 12, 2004

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 19 on the 7th floor) at 2:00 P.M. on  Wednesday, February 15, 2006  .

    SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge