UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
ARY JEWELERS, LLC,                         :
                                           :
                    Plaintiff,             :
                                           :   C.A. No. 04 CV 10281:EFH
          v.                               :
                                           :
IBJTC BUSINESS CREDIT CORPORATION          :
et al.,                                    :
                                           :
                    Defendants.            :
----------------------------------------------------------------x

## APPLICATION FOR ADMISSION OF ATTORNEY ROBERT S. FISCHLER
## *PRO HAC VICE*

The undersigned moves this court, pursuant to United States District Court Local Rule 83.5.3, for the admission of Robert S. Fischler to the bar of this court, on behalf of the Defendants, for the purposes of this case.

By his signature on the attached certification, Mr. Fischler certifies that:

(i)   he is admitted to practice in the State of New York and the United States District Courts for the Eastern and Southern Districts of New York;

(ii)  he is in good standing in every jurisdiction in which he is admitted to practice and there are no disciplinary proceedings pending against him in any jurisdiction;

(iii) he is familiar with the Local Rules of United States District Court for the District of Massachusetts.

For the Court's convenience a proposed order granting this application is attached.

5-25-04
Motion allowed
*[signature]* Edward F. Harrington, S.D.J.

_/s/ Rory Delaney_
Robert M. Thomas, Jr. (BBO #645600)
Rory Delaney (BBO # 655666)
THOMAS & ASSOCIATES
Federal Reserve Building
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1072
Fax: (617) 371-1037
COUNSEL FOR THE DEFENDANTS

**CERTIFICATE OF SERVICE**

I, Rory Delaney, hereby certify that a true and correct copy of this Application for Admission of Robert S. Fischler *Pro Hac Vice* was served via pre-paid U.S. First Class Mail, this 21 May, 2004 on counsel for the plaintiff, Stephen P. Carrigan, Esq., of the Carrigan Law Firm, 1331 Lamar, Suite 1550, Houston, Texas 77101.

_/s/ Rory Delaney_
Rory Delaney (BBO # 655666)