UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------x
ARY JEWELERS, LLC,                               :
                                                 :
                    Plaintiff,                   :
                                                 :   C.A. No. 04 CV 10281:EFH
             v.                                  :
                                                 :
IBJTC BUSINESS CREDIT CORPORATION                :
et al.,                                          :
                                                 :
                    Defendants.                  :
-------------------------------------------------x
```

### CERTIFICATION OF ATTORNEY
### ROBERT S. FISCHLER IN SUPPORT OF HIS ADMISSION *PRO HAC VICE*

I, Robert S. Fischler, hereby certify that I am admitted to practice in the State of New York, as well as the United States District Courts for the Eastern and Southern Districts of New York. I am a member in good standing in every jurisdiction in which I am admitted to practice and have no grievance pending against me in any jurisdiction. I have familiarized myself with the Local Rules of United States District Court for the District of Massachusetts.

_____
Robert S. Fischler, Esq.