UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
ARY JEWELERS, LLC,                              :
                                                :
            Plaintiff,                          :
                                                : C.A. No. 04 CV 10281:EFH
        v.                                      :
                                                :
IBJTC BUSINESS CREDIT CORPORATION               :
et al.,                                         :
                                                :
            Defendants.                         :
---------------------------------------------------------x

**ORDER GRANTING APPLICATION FOR ADMISSION OF ROBERT S. FISCHLER, ESQ. *PRO HAC VICE***

Upon application of Rory Delaney, counsel for the Defendants, the admission of Robert S. Fischler, Esq. *pro hac vice* is hereby ordered and Robert S. Fischler, Esq. is granted leave to appear in this action as counsel for the Defendants.

SO ORDERED:

[signature]

This 25 day of May, 2004.