UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 17 P 12: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
------------------------------------------x
ARY JEWELERS, LLC                          :
                                           :
                Plaintiff                  :
                                           :
vs                                         :   C.A. No. 04 CV 10281EFH
                                           :
                                           :
IBJTC BUSINESS CREDIT CORP.                :
AND DAVID MOLINARIO,                       :
                                           :
                                           :
                Defendants                 :
------------------------------------------x
```

**PLAINTIFF'S NOTICE OF FILING RULE 26(a) INITIAL DISCLOSURES**

Comes now, ARY Jewelers, LLC, Plaintiff, in the above referenced matter, and files this notice of filing initial disclosures pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(a).

Respectfully submitted,

THE CARRIGAN LAW FIRM, L.L.P.

By: _____
Stephen P. Carrigan
Federal I.D. No. 6112
Texas State Bar No. 03877000
1331 Lamar, Suite 1550
Houston, Texas 77010
(713) 654-8100 (telephone)
(713) 752-2199 (telefax)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this the 14th day of June, 2004.

Robert M. Thomas
Rory Delaney
THOMAS & ASSOCIATES
Federal Reserve Building
600 Atlantic Avenue
Boston, MA 02210
telephone: (617) 371-1072
facsimile: (617) 3718-1037

Robert S. Fischler
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166
telephone: (212) 294-6893
facsimile: (212) 294-4700

_____
STEPHEN P. CARRIGAN