UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 12  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
..................................................x
ARY JEWELERS, LLC                     :
                                      :
                                      :
              Plaintiff               :
                                      :
vs                                    :        C.A. No. 04 CV 10281EFH
                                      :
                                      :
IBJTC BUSINESS CREDIT CORP.           :
AND DAVID MOLINARIO,                  :
                                      :
                                      :
              Defendants              :
..................................................x
```

## PLAINTIFF'S CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, ARY Jewelers, LLC, Plaintiff, in the above referenced matter certifies that ARY and its counsel have conferred:

A.    With a view to establishing a budget for the costs of conducting the full course – and various alternative courses -- of the litigation; and

B.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

THE CARRIGAN LAW FIRM, L.L.P.

By:_____
       Stephen P. Carrigan
       Federal I.D. No. 6112
       Texas State Bar No. 03877000
       1331 Lamar, Suite 1550
       Houston, Texas 77010
       (713) 739-0810 (telephone)
       (713) 739-0821 (facsimile)
       *Counsel for Plaintiff*

ARY JEWELERS, LLC

By: _Haji Abdul Razzak_
Haji Abdul Razzak

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this the 9th day of July, 2004.

Robert M. Thomas
Rory Delaney
THOMAS & ASSOCIATES
Federal Reserve Building
600 Atlantic Avenue
Boston, MA 02210
telephone: (617) 371-1072
facsimile: (617) 3718-1037

Robert S. Fischler
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166
telephone: (212) 294-6893
facsimile: (212) 294-4700

STEPHEN P. CARRIGAN