UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY JEWELERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IBJTC BUSINESS CREDIT CORPORATION and DAVID MOLINARIO, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-10281-EFH |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address and firm affiliation for Robert S. Fischler, the attorney of record for defendants IBJTC Business Credit Corporation and David Molinario, has changed. Robert S. Fischler can now be reached as follows:

> Robert S. Fischler, Esq.
> Ropes & Gray LLP
> 45 Rockefeller Plaza
> New York, New York 10111
> Telephone: (212) 841-5700

Dated: New York, New York
March 7, 2005

By their attorneys

*[signature]*

Robert S. Fischler (Admitted *Pro Hac Vice*)
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 841-5700

702993_1.DOC

-2-

To:  The Carrigan Law Firm
     4 Houston Center
     1331 Lamar Suite 1550
     Houston, TX 77010
     Telephone: (713) 739-0810

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK  )

      PAUL G. LANG, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and reside at 2 Dialstone Lane, Riverside, CT.

      2. On March 7, 2004, I served the within Notice of Change of Address upon:

      The Carrigan Law Firm
      4 Houston Center
      1331 Lamar Suite 1550
      Houston, TX 77010

by depositing a true copy thereof, enclosed in a properly addressed postage paid sealed wrapper, in an official depository maintained by the United States Postal Service in the State of New York.

                                        Paul G. Lang

Sworn to before me
March 7, 2005

_____
Notary Public

**MICHELLLE FALLON**
**Notary Public, State of New York**
**No. 01FA5034522**
**Qualified in Bronx County**
**Commission Expires October 11, 2006**

703220_1.DOC