# THOMAS & ASSOCIATES
## Federal Reserve Building
## 600 Atlantic Avenue, 12th Floor
## Boston, Massachusetts 02210

### www.thomasandassoc.net

**Rory H. Delaney, Attorney & Barrister**
Direct Dial (617) 371-0936

Fax: (617) 371-1037
e-mail: rhd@thomasandassoc.net

March 22, 2005

**Via First Class Mail**

Clerk to The Honorable Edward F. Harrington
United States District Court
U.S. Courthouse, Suite 8110
One Courthouse Way
Boston, MA 02210

Re:    Ary Jewelers, LLC v. IBJTC Business Credit Corporation and David Molinario, C.A. No. 04-10281 EFH

Dear Sir/Madam:

Enclosed for filing is a Notice of Withdrawal of this firm as counsel for the defendant, IBJTC Business Credit Corporation. The notice also confirms that the conditions set forth in Local Rule 83.5.2(c) are satisfied. Henceforth, IBJTC will be represented by Ropes & Gray as per the recently-filed Notice of Change of Address.

Sincerely,

Rory Delaney

Enclosure
cc:    Robert S. Fischler, Esq.
       Stephen P. Carrigan, Esq.