## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARY JEWELERS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>IBJTC BUSINESS CREDIT CORPORATION<br>and DAVID MOLINARIO,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10281-EFH<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please notice the appearance of the undersigned as counsel for the Defendants in the above-captioned matter. I am registered to receive filing electronically.

/s/ Kate Cimini
Kate Cimini (BBO No. 654336)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
kcimini@ropesgray.com

Dated: June 6, 2005

9740909_2.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, copies of the foregoing Notice of Appearance were served upon counsel for the plaintiff Barry L. Pickens, Spencer Fane Britt & Browne 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2140 and Stephen P. Carrigan, The Carrigan Law Firm, LLP, 1331 Lamar, Suite 1550, Houston, TX 77010 by United States mail.

/s/ Kate Cimini  
Kate Cimini