## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY JEWELERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IBJTC BUSINESS CREDIT CORPORATION )<br>and DAVID MOLINARIO, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10281-EFH |

### MOTION FOR ADMISSION PRO HAC VICE

Kate Cimini, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of the Defendants, respectfully moves this Court for admission *pro hac vice* of Lee S. Gayer, as counsel for the Defendants, pursuant to Local Rule 83.5.3(b).

Attached hereto in support of this motion is the certificate of Mr. Gayer; that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the Local Rules of this Court.

/s/ Kate Cimini
Kate Cimini (BBO No. 654336)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
kcimini@ropesgray.com

Dated: June 6, 2005

9739389_2.DOC

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Kate Cimini, counsel for the defendants in the above-referenced action hereby certify that we have conferred with counsel for the plaintiff regarding the subject of the instant motion and we attempted in good faith to resolve or narrow the issues raised by the instant motion.

/s/ Kate Cimini_____

9739389_2.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, copies of the foregoing Motion for Admission Pro Hac Vice and accompanying Certificate of Lee S. Gayer were served upon counsel for the plaintiff Barry L. Pickens, Spencer Fane Britt & Browne 1000 Walnut Street, Suite 1400, Kansas City, MO 64106-2140 and Stephen P. Carrigan, The Carrigan Law Firm, LLP, 1331 Lamar, Suite 1550, Houston, TX 77010 by United States mail.

/s/ Kate Cimini
Kate Cimini

9739389_2.DOC