UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARY JEWELERS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IBJTC BUSINESS CREDIT CORPORATION<br>and DAVID MOLINARIO,<br><br>　　　　　Defendants. | Civil Action No. CV: 04-10281-EFH |

**CERTIFICATE OF LEE S. GAYER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and of the following federal courts: the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern, Eastern, and Northern Districts of New York. I also certify that I am familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

　　　　　　　　　　　　　　　　　　　　Lee S. Gayer
　　　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10111-0087
　　　　　　　　　　　　　　　　　　　　(212) 841-5700

Dated: June 2, 2005

9739373_2.DOC