UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| ) | |
| IBJTC Business Credit Corp. and ) | |
| David Molinario, ) | |
| Defendants. ) | |

---

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

---

TO THE UNITED STATES DISTRICT COURT:

Plaintiff ARY Jewelers, LLC ("Plaintiff") files this Designation of Expert Witnesses and in support thereof would respectfully show the following:

Plaintiff hereby designates as retained expert witnesses:

1.  Shirley Webster
    Intecap, Inc., Managing Director
    1600 Smith Street, Suite 4900
    Houston, Texas 77002
    (713)332-0650

Ms. Webster is an economist and may testify regarding damages Plaintiff has incurred as a result of Defendants' conduct.

2.  Barry Pickens
    Spencer, Fane, Brit & Browne, LLP
    1000 Walnut Street, Suite 1400
    Kansas City, MO 64106
    (816) 474-8100

Mr. Pickens is an attorney and may testify regarding damages Defendants' conduct caused

1

Plaintiff, including attorney's fees and expenses incurred by Plaintiff in multiple lawsuits because of Defendants' conduct, and regarding the reasonableness and necessity of the attorney's fees and expenses.

3. Ijaz-Ul-Ahsan
   Advocate, Supreme Court of Pakistan
   Cornelius, Lane & Mufti
   Advocates & Solicitors
   Nawa-i-Waqt House
   4-Shahrah-e-Fatima Jinnah
   Lahore
   Pakistan
   (92-42) 631-0771

Mr. Ahsan is an attorney in Pakistan and may testify on Pakistani civil/regulatory actions involving fraud and the significance of charges against principals of ARY and the procedure adopted for bringing such charges.

4. Prof. John S. Baerst
   Director, Morin Center for Banking and Financial Law and Director, Graduate
       Program in Banking and Financial Law
   Professor, Banking Law
   Boston University School of Law
   765 Commonwealth Avenue
   Boston, MA 02215
   (617) 353-2444

Professor Baerst is an expert in the field of banking and finance and may testify regarding Defendants' conduct in communicating information to Foothill Capital and whether such conduct violated generally-accepted banking/financing standards.

5. Prof. Thomas E. Bonville
   Professor, Mercy College
   138 Pleasant Avenue
   Pleasantville, New York 10570
   (914) 769-2142

Professor Bonville is an expert in the field of banking and finance and may testify regarding Defendants' conduct in communicating information to Foothill Capital and whether such conduct violated generally-accepted banking/financing standards.

6. Stephen P. Carrigan
   Jill L. Groff
   The Carrigan Law Firm, L.L.P.
   2 Houston Center, Suite 1575
   909 Fannin
   Houston, Texas
   (713)-739-0810

Mr. Carrigan and/or Ms. Groff are attorneys representing the Plaintiff in this case and may testify regarding the reasonableness and necessity of attorney's fees and expenses incurred in this litigation.

Plaintiff hereby designates as non- retained expert witnesses:

1. Max Jevinsky, Ron S. Weiss, and/or any other representative of the law firm of
   Berman, DeLeve, Kuchman & Chapman, L.C.
   1900 Commerce Tower
   911 Main Street
   Kansas City, MO 64105
   (816)471-5900

Mr. Jevinsky and Ron Weiss and their firm represented ARY in the bankruptcy court in connection with its attempt to purchase Krigel's, Inc. The foregoing persons are non-retained expert witnesses in the field of bankruptcy and acquisitions and any other applicable area of law.

2. Sanford Krigel, Karen S. Rosenberg, and/or any other representative of the law firm
   of Krigel & Krigel, P.C.
   4550 Belleview
   Kansas City, MO 64111

(816) 756-5800

Mr. Krigel and Ms. Rosenberg, and their firm represented Krigel in the bankruptcy court in connection with ARY's attempt to purchase Krigel's, Inc. They also represented Krigel's in the lawsuit filed by Krigel's against ARY over the escrow money. The foregoing persons are non-retained expert witnesses in the field of bankruptcy and acquisitions and any other applicable area of law.

Pursuant to the Court's scheduling order requiring expert reports to be produced on or before July 27, 2005, Plaintiff will produce to opposing counsel the reports of the expert witnesses in compliance therewith. Since most, if not all, of the documents reviewed and relied upon by the retained expert witnesses are those which have already been produced to Defendants in this case, Plaintiff will produce additional copies of the same upon Defendants' request.

Plaintiff further designates all other experts designated by any other party to this matter.

Plaintiff also reserves the right to call or cross-examine any expert designated by any other party to this action.

Plaintiff also reserves the right to call un-designated rebuttal expert witnesses whose testimony cannot be reasonably foreseen until the presentation of the evidence against this Plaintiff.

Plaintiff reserves the right to withdraw the designation of any expert and to positively state that any such previously designated expert will not be called as a witness at trial and to re-designate same as a consulting expert who cannot be called by opposing counsel.

Plaintiff further reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful and which would be of benefit to the jury to determine material

issues of facts, and which would not be violative of any existing court order or the Federal Rules of Civil Procedure.

This designation is specifically intended to operate as a supplement to all discovery requests of Plaintiff which ask for the identity of any expert or fact witnesses or seek information regarding the identification of persons with knowledge of relevant facts.

Respectfully submitted,

THE CARRIGAN LAW FIRM, L.L.P.

By: _____
STEPHEN P. CARRIGAN      w/permission
Federal I.D. No. 6112
Texas State Bar No. 03877000
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
(713) 739-0810 (telephone)
(713) 739-0821 (telefax)
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:

**THE CARRIGAN LAW FIRM, L.L.P.**
Jill L. Groff
State Bar No. 12057400
Fed ID No. 11314
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
Telephone: (713) 654-8100
Facsimile: (713) 752-2199
*Of Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt

requested in accordance with the Federal Rules of Civil Procedure on this 20th day of July, 2005.

Robert S. Fischler
ROPES & GRAY, L.L.P.
45 Rockefeller Plaza
New York, NY 10111
Tel: (212)841-0444

_____
Stephen P. Carrigan/Jill L. Groff