

EXHIBIT K



> Our mission in the new millennium is to carry on our pursuit of excellence in every sphere of activity, without compromising on our basic principles, and our objective continues to be the satisfaction of our customers.

## ABOUT US

Across three decades, the brilliance of fine gold has inspired us towards excellence and greater achievements. Supported by a commitment to quality and craftsmanship, dedicated to customer service and the spirit of innovation and creativity.

ARY Group was established in 1970 as a trading enterprise, dealing primarily in the sale and manufacture of gold products. With its head office in Dubai's Gold Souk, it is a family owned and operated business. ARY grew into a multinational company under the leadership of brothers **Abdul Razak Yakoob** and **Mohammad Iqbal**.

**Abdul Razzak Yakoob** as **Chairman**, is responsible for steering the group towards financial growth and stability. **Mohammad Iqbal, Vice Chairman** and **CEO**, oversees all marketing activities and product development.

ARY has diversified into businesses which range from real estate to satellite broadcasting. **ARY Digital** channel now broadcasts to over 107 countries around the world. It has separate channels for news, entertainment, music, current affairs and religious topics.

**ARY Real Estate** launched Marina View which is an exclusive 9-storied residential tower and villas situated on a picturesque stretch of Dubai Marina. **ARY Aurum Plus** is the group's latest refinery. The other businesses of the group include **ARY Exchange, ARY Cash and Carry, H.M. Cables, New Delite Industries** and **Metalex Corporation**.

What has helped us establish our identity in the global competitive marketplace is a focused policy of improving services and products in order to ensure customer satisfaction. Thanks to the expertise and dedication of our team of skilled craftsmen and marketing professionals, we have been able to maintain a leading edge.



# ARY TRADERS

The ARY Groups oldest company, **ARY Traders** has been behind the group's growth since the very start. With humble beginnings, and through sheer hard work and perseverance, the company has grown into an international entity. Starting from retail trade which included food stuff, the company now deals in precious metals.

**ARY** bullion bars provide security and assured quality to investors of gold. Minted in **ARY**'s own manufacturing facility, **ARY** gold bars are 99.99% pure gold. The bars range from 1 gram to 100 grams and are distributed through banks and retail outlets.

These bars can be made according to the requirements of the customers also in our own manufacturing facility.

> ARY Traders specialises in manufacturing and minting of gold bars. ARY gold bars are 99.99% pure gold and range from 1 gram to 100 grams.





> Over the years ARY has transformed from an ordinary brand jewellery, to an entity that is synonymous with credibility and flourishing appeal among consumers.

# ARY WHOLESALE

The wholesale department is the hub of all the ARY's business activities. Through large scale import and export of standard and custom made gold bullion and jewellery, ARY has built a partnership of trust with reputed clients across the world. ARY imports from all over the world including Malaysia, Singapore, Turkey, Italy, Pakistan and India. Major export destinations include United Kingdom, United States of America, Pakistan, India, Bangladesh and South Africa. There are also a number of retail outlets in the United Arab Emirates.

Over the years ARY has transformed from an ordinary brand jewellery, to an entity that is synonymous with credibility and flourishing appeal among consumers. The increasing prosperity and fame associated with the ARY name can largely be attributed to their extensive presence in the market. In addition to wholesale, the network of company owned retail outlets and showrooms make ARY products readily attainable to consumers.

The products of ARY characterize purity, elegance and eminence.



# ARY JEWELLERY

The jewellers deal in gold, silver, precious metals and gem stones permeating into the minting of bullion gold bars and coins and the designing, manufacturing and marketing of ornamental gold, precious gems and jewellery.

The ARY Jewellery collection includes a wide range of products including silver and gold jewellery, diamond jewellery, gems and pearls.

There are also bullion gold bars which range from 1 gram to 100 grams and the gold jewellery collection ranges from 18 carat to 24 carat. The jewellery includes the famous Rainbow Heart pendants, the Rainbow Classic and Millennium collections, the New Day New Design designer jewellery collection and Stellamaris watches.

From generic products to brands, ARY fulfills all aspirations and caters to multicultural consumer taste and choices with a range that satisfies the investment needs as well as the fashion adornment cravings. The increasing prosperity and fame associated with the ARY name can be attributed to their extensive presence and penetration in the market.

ARY believes in building and maintaining a relationship of trust with all its customers. The customer support service is always available to assist anyone who desires product selection, advice or wishes to change, modify or exchange any product long after the purchase was effected. The customer support service is not limited to any product but is available to all consumers for all products.

> The jewellery includes unique products like the famous Rainbow Heart pendants, the Rainbow Classic, Millenium collection and the New Day New Design Designer Jewellery Collection.

   

# ARY AURUM PLUS

Since its inception, **ARY** has played a vital role in promoting Dubai, as the city of gold.

Now with **ARY Aurum Plus**, the **ARY Group** has redefined the gold and jewellery industry and attracted gold miners from across the globe. It has automated equipment for minting coins, small and large bullion bars, detailed crafting, cutting and polishing of 18k, 20k, 22k and 24k gold jewellery as well as diamond and precious stone jewellery, and many other products related to the industry. It has senior staff and technicians accommodation with boarding and lodging facility and recreation area for them as well.

ARY is effectively able to meet the production and quality demands of all its customers with the state of the art machinery and equipment. The production facilities include melting, annealing, stripping, stamping, minting, buffing and polishing and security pack sealing. The production process is managed by a group of engineers and technical professionals who are specially trained on precious metals manufacturing. During and after production a stringent quality control check is incorporated to ensure that all manufactured and packaged products strictly adhere to international quality standards.

The facility offers complete services to those organizations involved in gold trading with physical trading facilities, storage hallmarking/ assaying as well as package and delivery facilities available on site.



> With ARY Aurum plus the ARY GROUP will be redefining the gold and jewellery industry and attracting gold miners from across the globe.





# ARY DIGITAL

**ARY Digital** is the fastest growing South Asian TV channel, reaching over 107 countries. The wholesome family infotainment channel offers programmes spanning everything from sports to politics, culture to fashion, sitcom to game shows, education, entertainment and religion.

**ARY Digital** was launched in the UK in December 2000, to cater to the rising demand of a family entertainment channel for the sub-continental viewers residing in Europe. It provides a complete package to entertain every member of a household. Cartoons for children, fashion and music shows for teenagers, drama and sitcoms for the housewives and news, current affairs and sports for men.

With the success of its venture in Europe, **ARY Digital** has extended its network to Asia and the Middle East. It now broadcasts current affairs programs live from London, Karachi and from its headquarter in Dubai Media City.

The channels which **ARY Digital** network broadcasts include **ARY One World** which is a 24 hour news and current affairs channel, **Musik** which is round the clock music channel, **ARY Digital India** which is 24 hour family entertainment channel, **Citi Channel** which is a local news and entertainment channel and **Q-TV** which is for religious topics.

> With the success of its venture in Europe, ARY Digital has extended its network to Asia and the Middle East. It's headquarter is in the Dubai Media City.







# REAL ESTATE



The group's foray into real estate, **ARY Marina View** is an exclusive 9-storied residential tower which offers luxurious one, two and three bedroom apartments and four bedroom waterfront villas situated on a picturesque stretch of Dubai Marina.

These exclusive apartments and villas are the ultimate in modern day luxury, providing residents with facilities like state-of-the-art kitchens, luxurious bathrooms, a spacious lounge and bedrooms with wide balconies and large windows to take full advantage of the sunlight and sea breeze. The project also consists of two fully equipped gymnasium, temperature-controlled swimming pool, round-the-clock security as well as the latest security system, and underground parking with designated bays. The project also provides for attractive finance schemes and residence visa facility for the foreign investors.

ARY Marina View offers luxurious one, two and three bedroom apartments and four bedroom waterfront villas situated on a picturesque stretch of Dubai Marina.





# H.M. CABLES

H.M. Cables is one of the oldest companies in Wires and Cables Industry and is in existence since 1954. It is an affiliate of **ARY Group** in Pakistan. **H.M. Esmail & co.** has been manufacturing Wires, Cables and conductors according to international standards for domestic as well as industrial usage.

The main aim of **H.M. Esmail & Co.** is to produce energy conserving products at an affordable price for all the strata of society. The company acquires state-of-the-art machines and equipments, along with skilled and experienced personnels to achieve desired results. The corporate philosophy revolves around the management and workers. They are considered as the assets of the organization and form the nucleus of the activities which takes place in the organisation.

**H.M. Esmail & Co.** is capable of producing up to 6.6 KV Power cable, Telephone Cables, control cables and all types of conductors. In the next phase the company is endeavoring to upgrade its facilities to produce 15 KV XLLPE cables (Armoured/Un-Armoured). It is also capable of producing customer specific products. The products of the company are known for their quality and highly regarded as being cost efficient and customer satisfaction oriented. **H.M. Esmail & Co.** has enhanced its acceptability by acquiring ISO-9002 Certificate. This not only certifies the company's process of manufacturing quality products but also proves their continuous hunger of satisfying customer needs.

> H.M. Esmail & Co. has been manufacturing Wires, Cables and conductors according to international standards for domestic as well as industrial usage.





# NEW DELITE INDUSTRIES

New Delite Industries is the manufacturer of high quality enameled copper wire. It is in this business since 1966 and enjoys the status of being the market leader in this field. The manufacturer of **Gazilex** Brand of super copper enameled wire is still the finest choice among it's customers.

To safe guard it's reputation of being the market leader, **New Delite Industries** makes strenuous efforts for the production of **Gazilex** super copper enameled wire. It utilizes state-of-the-art machines and equipment along with the best available and dedicated personnels for the production of its products. **New Delite Industries** believes in producing products of better quality which not only fulfil customer requirements but also provides peace of mind and satisfaction.

The products are approved and widely used by many government, semi-government, industrial and multinational companies. To maintain its standards, **New Delite Industries** also provides after sales service.

In order to keep pace with the changing environment and to achieve higher ground with respect to quality, the company, in the new millennium acquired the ISO-9002 certification. This shows the spirit and hard work that the company has put in to achieve better results and to provide more satisfaction to its customers.

> New Delite Industries makes strenuous efforts for the production of Gazilex super copper enameled wire. In the new millennium the company acquired the ISO 9002 certification.





# METALEX CORPORATION

Metalex Corporation has been the manufacturer of **Millat Fans** for over five decades now. The company made its modest start in 1949, producing just 1200 fans with manual machinery.

The commitment to uncompromised quality brought success and in 1960 the company imported machinery and set up its manufacturing facilities at site in Karachi.

The results were encouraging, as **Millat** became the highest selling fan in the country. More so, exports registered a steep rise. It was quite evident that **Millat Fan** became the first choice for the quality conscious consumer.

Today, more than 250,000 fans are produced annually.

> In 1960 the company imported machinery and set up its manufacturing facilities at SITE in Karachi. Today, more than 250,000 fans are produced annually.



# INTERNATIONAL MONEY EXCHANGE



ARY International Money Exchange is a leading exchange house that specialises in a wide range of exchange products including over-the-counter foreign exchange facility, encashment and sale of traveler's cheques, worldwide transfer of funds and issue of demand drafts in all major currencies, and cash advance on MasterCard and VisaCard.

The company is owned and managed by ARY Group.

> ARY International Money Exchange is a leading exchange house that specialises in a wide range of exchange products. The company is owned and managed by ARY Group.



# CASH & CARRY

**ARY Cash and Carry** is one of the biggest supermarket and departmental store in Pakistan. It is 12,000 square feet of pure and unmatched shopping experience.

It is a store with everything under one roof ranging from pharmacy to home appliances, musical instruments to cosmetics and leather goods to grocery.

**ARY Cash and Carry** also plans to have exclusive import and distribution rights to different products which include various international brands of consumer goods.

With two stores in Karachi, four in Lahore followed by Islamabad, Rawalpindi and others in UK and the Middle east, ARY Cash and Carry plans to have a store network throughout the region.

> The biggest supermarket and departmental store offering everything under one roof ranging from pharmacy to home appliances to cosmetics to leather goods to grocery.



CASH & CARRY

*a new concept in shopping*



Tel: +971 4 2251588 / 2251533 / 2263535, Fax: +971 4 2262858 / 2252095 / 2267988
P.O. Box 1123, Dubai, United Arab Emirates, E-mail: info@arygold.com

**www.arygold.com**