UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY JEWELERS, LLC, </br></br>　　　　Plaintiff, </br></br>　v. </br></br>IBJTC BUSINESS CREDIT CORPORATION </br>and DAVID MOLINARIO, </br></br>　　　　Defendants. | Civil Action No. 04-10281-EFH |

### JOINT MOTION FOR AN EXTENSION OF
### TIME AND FOR LEAVE TO FILE A REPLY BRIEF

Plaintiff ARY Jewelers, LLC ("ARY") and Defendants IBJTC Business Credit Corporation and David Molinario (collectively, "Defendants"), respectfully submit this Joint Motion for an Extension of Time and for Leave to File a Reply Brief.

The Parties respectfully move for an extension of time for ARY to file its papers in opposition to Defendants' Motion for Summary Judgment from August 25, 2005 until September 15, 2005. The Parties further request that the Court grant Defendants leave to file a brief in reply to ARY's opposition, and that such reply papers be filed with the Court on or before September 29, 2005. The Parties agree that they each shall serve their respective papers so that they are received by the opposing Party prior to the close of business on the date specified for filing with the Court.

Finally, the Parties request that the Court extend the deadline for completion of all expert disclosure from September 11, 2005 until ninety days after the entry by the Court of its order adjudicating the Motion. Inasmuch as the Motion seeks dismissal of the action in its entirety,

-2-

the Parties agree that an extension of the deadline as outlined above would be in the interest of judicial economy, and could potentially avoid unnecessary expense by the Parties.

| | |
|---|---|
| ARY JEWELERS, LLC<br>By its attorneys, | IBJTC BUSINESS CREDIT CORPORATION<br>and DAVID MOLINARIO,<br>By their attorneys, |
| /s/ Stephen P. Carrigan<br>Stephen P. Carrigan<br>THE CARRIGAN LAW FIRM<br>1331 Lamar, Suite 1550<br>Houston, TX 77010<br>(713) 739-0810 | /s/ Kate Cimini<br>Kate Cimini (BBO No. 654336)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 |
| Dated: August 23, 2005 | Dated: August 23, 2005 |