## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC.,      Plaintiff, | ) ) ) |
| v. | )    CIVIL ACTION NO. 04:-CV-10281 EFH ) |
| IBJTC Business Credit Corp. and David Molinario,      Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

TO THE UNITED STATES DISTRICT COURT:

Please notice the appearance of the undersigned counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

MAHENDRU, P.C.

By: _____
Ashish Mahendru  BBO#647661
1111 Bagby, Suite 2000
Houston, Texas 77002
(713) 571-1519 (telephone)
(713) 651-0776 (telefax)
*Of counsel for Plaintiff*

Dated:     August 25, 2005

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this 25th day of August, 2005.

Robert S. Fischler
ROPES & GRAY, L.L.P.
45 Rockefeller Plaza
New York, NY 10111
Tel: (212)841-0444

_____
Ashish Mahendru