UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., <br>         Plaintiff, <br><br> v. <br><br> IBJTC Business Credit Corp. and <br> David Molinario, <br>         Defendants. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04:-CV-10281 EFH <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE UNITED STATES DISTRICT COURT:

Ashish Mahendru, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Plaintiff, respectfully moves this Court for admission *pro hac vice* of Stephen P. Carrigan and Jill L. Groff, as counsel for Plaintiff, pursuant to Local Rule 83.5.3(b).

Attached hereto in support of this motion is the certificate of Mr. Carrigan certifying that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and that he is familiar with the Local Rules of this Court.

Additionally, attached hereto in support of this motion is the certificate of Ms. Groff certifying that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and that she is familiar with the Local Rules of this Court.

Respectfully submitted,

**MAHENDRU, P.C.**

By: _____
Ashish Mahendru  BBO#647661
1111 Bagby, Suite 2000
Houston, Texas 77002
(713) 571-1519 (telephone)
(713) 651-0776 (telefax)
*Of counsel for Plaintiff*

Dated:     August 25 , 2005

## LOCAL RULE 71.(a)(2) CERTIFICATION

I, Ashish Mahendru, counsel for Plaintiff in the above-referenced action hereby certify that on August 23, 2005 we faxed to opposing counsel this Motion in an attempt to confer regarding the relief sought herein and we have not heard from opposing counsel.

_____
Ashish Mahendru

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this 25th day of August, 2005.

Robert S. Fischler
ROPES & GRAY, L.L.P.
45 Rockefeller Plaza
New York, NY 10111
Tel: (212)841-0444

_____
Ashish Mahendru

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., <br>     Plaintiff, <br><br> v. <br><br> IBJTC Business Credit Corp. and <br> David Molinario, <br>     Defendants. | ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 04:-CV-10281 EFH <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF STEPHEN P. CARRIGAN IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

TO THE UNITED STATES DISTRICT COURT:

    Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and of the United States District Court for the Southern, Western Districts of Texas and the Fifth Circuit Court of Appeals.

    Respectfully submitted,

Stephen P. Carrigan
THE CARRIGAN LAW FIRM, L.L.P.
Federal I.D. No. 6112
Texas State Bar No. 03877000
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
(713) 739-0810 (telephone)
(713) 739-0821 (telefax)
*Attorney-in-Charge for Plaintiff*

Dated:     August 25, 2005

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>IBJTC Business Credit Corp. and<br>David Molinario,<br>　　　　　Defendants. | )<br>)<br>)<br>)　CIVIL ACTION NO. 04:-CV-10281 EFH<br>)<br>)<br>)<br>) |

**CERTIFICATE OF JILL L. GROFF IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

TO THE UNITED STATES DISTRICT COURT:

　　Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and of the United States District Court for the Southern District of Texas.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　*/s/ Jill L. Groff*
　　　　　　　　　　　　　　　　　Jill L. Groff
　　　　　　　　　　　　　　　　　**THE CARRIGAN LAW FIRM, L.L.P.**
　　　　　　　　　　　　　　　　　Texas State Bar No. 12057400
　　　　　　　　　　　　　　　　　Fed ID No. 11314
　　　　　　　　　　　　　　　　　2 Houston Center
　　　　　　　　　　　　　　　　　909 Fannin, Suite 1575
　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　Telephone: (713) 739-0810
　　　　　　　　　　　　　　　　　Facsimile: (713) 713-0821
　　　　　　　　　　　　　　　　　*Of Counsel for Plaintiff*

Dated:　　August 23, 2005