UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., <br>         Plaintiff, <br><br> v. <br><br> IBJTC Business Credit Corp. and <br> David Molinario, <br>         Defendants. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04:-CV-10281 EFH <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF JILL L. GROFF IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

TO THE UNITED STATES DISTRICT COURT:

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and of the United States District Court for the Southern District of Texas.

Respectfully submitted,

By: _____
Jill L. Groff
THE CARRIGAN LAW FIRM, L.L.P.
Texas State Bar No. 12057400
Fed ID No. 11314
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
Telephone: (713) 739-0810
Facsimile: (713) 713-0821
*Of Counsel for Plaintiff*

Dated:   August 23, 2005

1