UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., <br> Plaintiff, <br> <br> v. <br> <br> IBJTC Business Credit Corp. and <br> David Molinario, <br> Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04:-CV-10281 EFH <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF STEPHEN P. CARRIGAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

TO THE UNITED STATES DISTRICT COURT:

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and of the United States District Court for the Southern, Western Districts of Texas and the Fifth Circuit Court of Appeals.

Respectfully submitted,

Stephen P. Carrigan
THE CARRIGAN LAW FIRM, L.L.P.
Federal I.D. No. 6112
Texas State Bar No. 03877000
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
(713) 739-0810 (telephone)
(713) 739-0821 (telefax)
*Attorney-in-Charge for Plaintiff*

Dated:   August 25, 2005

1