ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| ) | |
| IBJTC Business Credit Corp. and ) | |
| David Molinario, ) | |
|         Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for Stephen P. Carrigan and Jill L. Groff, attorneys of record for Plaintiff, ARY Jewelers, has changed. Stephen P. Carrigan and Jill L. Groff can now be reached at:

**THE CARRIGAN LAW FIRM, LLP**
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
telephone: 713-739-0810
facsimile: 713-739-0821

Dated: Houston, Texas
September 9, 2005

Respectfully submitted,

**THE CARRIGAN LAW FIRM, L.L.P.**

By: *Stephen P. Carrigan*
Stephen P. Carrigan (Admitted Pro Hac Vice)
Federal I.D. No. 6112
Texas State Bar No. 03877000
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
(713) 739-0810 (telephone)
(713) 739-0821 (telefax)
*Counsel for Plaintiff*

OF COUNSEL:

**THE CARRIGAN LAW FIRM, L.L.P.**
Jill L. Groff
Fed ID No. 11314
State Bar No. 12057400
909 Fannin, Suite 1575
Houston, Texas 77010
Telephone: (713) 739-0810
Facsimile: (713) 739-0821
*Of Counsel for Plaintiff*

**MAHENDRU, P.C.**
Ashish Mahendru  BBO#647661
1111 Bagby, Suite 2000
Houston, Texas 77002
(713) 571-1519 (telephone)
(713) 651-0776 (telefax)
*Of counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this 9th day of September, 2005.

Robert S. Fischler
ROPES & GRAY, L.L.P.
45 Rockefeller Plaza
New York, NY 10111

Ropes & Gray, LLP
Kate Cimini
One International Place
Boston, MA 02110-2624

_____
Stephen P. Carrigan/ Jill L. Groff