UNITED STATES DISTRICT COURT  
DISTRICT OF MASSACHUSETTS

**ORIGINAL**

| | |
|---|---|
| ARY Jewelers, LLC., <br>     Plaintiff, <br><br> v. <br><br> IBJTC Business Credit Corp. and <br> David Molinario, <br>     Defendants. | ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 04:-CV-10281 EFH <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF ARY JEWELERS, LLC.
## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

TO THE UNITED STATES DISTRICT COURT:

Plaintiff ARY Jewelers, LLC. ("ARY") files this Motion for Leave file Second Amended Complaint in Intervention.

### I.

### INTRODUCTION AND BACKGROUND

1. This case involves various torts committed by Defendants when they conveyed arguably adverse information about their potential customer, ARY, to one of their competitors, Foothill Capital Corp. Based on Defendants' act, Foothill withdrew a favorable lending proposal and substituted it with a much less favorable proposal. Such action prevented ARY from acquiring a chain of jewelry stores it had intended to purchase, Krigel's, Inc. and caused ARY damages.

2. ARY has sued Defendants for tortious interference with a prospective relationship and breach of confidential/fiduciary duty.

3. The fact discovery deadline expired on June 15, 2005 and Plaintiffs recently received and

1

provided expert witness reports. Two of those reports were from experts in the field of banking. Conclusions reached by these expert witnesses, that Defendants violated banking standards and practices in communicating the information to Foothill, has prompted ARY to desire to amend its complaint to include two additional causes of action – violations of Massachusetts General Law Chp. 93A and breach of an implied contract of confidentiality. These causes of action are set forth more fully in Plaintiff's Second Amended Complaint, which is attached hereto and incorporated herein.

4. Leave of court to amend a party's pleadings shall be freely given when justice so requires. Fed. R. Civ. Proc. 15(a); *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. –, the leave should, as the rules require, be 'freely given'." *Id*.

5. There are no apparent or declared reasons for denying ARY's leave to amend. Rather, justice requires amendment of ARY's Complaint so that it can include all allegations and claims against Defendants. Any changes to the pleading do not alter the nature of the trial so this amendment would not prejudice Defendants.

6. ARY acknowledges that the timing of this request may, at first blush, seem suspect since there is now pending before the Court Defendants' Motion for Summary Judgment. However, Defendants filed this motion well before the deadline set forth in the scheduling order requiring motions for summary judgment to be filed no later than February 8, 2006. Given the foregoing deadlines, that the discovery deadline just recently expired, and the parties have yet to engage in expert witness discovery (other than ARY providing its expert witness reports), ARY is timely

making this request.

WHEREFORE, Plaintiff asks that this Motion be granted.

Dated:    August ____, 2005    Respectfully submitted,

                        THE CARRIGAN LAW FIRM, L.L.P.

                By: _____
                        Stephen P. Carrigan (Admitted Pro Hac Vice)
                        2 Houston Center
                        909 Fannin, Suite 1575
                        Houston, Texas 77010
                        (713) 739-0810 (telephone)
                        (713) 739-0821 (telefax)
                        *Attorney-in-Charge for Plaintiff*

OF COUNSEL:

| **THE CARRIGAN LAW FIRM, L.L.P.** | **MAHENDRU, P.C.** |
|---|---|
| Jill L. Groff (Admitted Pro Hac Vice) | Ashish Mahendru BBO#647661 |
| 2 Houston Center | 1111 Bagby, Suite 2000 |
| 909 Fannin, Suite 1575 | Houston, Texas 77002 |
| Houston, Texas 77010 | (713) 571-1519 (telephone) |
| (713) 739-0810 (telephone) | (713) 651-0776 (telefax) |
| (713) 739-0821 (telefax) | *Of counsel for Plaintiff* |
| *Of Counsel for Plaintiff* | |

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rulel 7.1(A)(2), counsel for Plaintiff conferred with counsel for Defendants and the same opposes the relief requested in the foregoing motion.

_____
Stephen P. Carrigan/Jill L. Groff

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this 14th day of September, 2005.

Robert S. Fischler
ROPES & GRAY, L.L.P.
45 Rockefeller Plaza
New York, NY 10111
Tel: (212)841-0444

Stephen P. Carrigan/Jill L. Groff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARY Jewelers, LLC., <br>    Plaintiff, <br><br>v. <br><br>IBJTC Business Credit Corp. and <br>David Molinario, <br>    Defendants. | ) <br>) <br>) <br>) <br>)  CIVIL ACTION NO. 04:-CV-10281 EFH <br>) <br>) <br>) <br>) |

**ORDER GRANTING MOTION FOR LEAVE**
**TO FILE SECOND AMENDED COMPLAINT**

ON THIS the _____ day of _____, 2005, this Court considered ARY Jewelers, LLC.'s Motion for Leave to File Second Amended Complaint After consideration of the same, the Court is of the opinion that said motion should be GRANTED.

It is, therefore, ORDERED that ARY's Motion for Leave to File Second Amended Complaint is GRANTED and that ARY's shall be filed as of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

Signed the _____ day of _____, 2005.