**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARY Jewelers, LLC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04:-CV-10281 EF |
| | ) | |
| IBJTC Business Credit Corp. and | ) | SUPPLEMENTAL AFFIDAVIT OF |
| David Molinario, | ) | BARRY PICKENS |
|     Defendants. | ) | |

BARRY PICKENS, being sworn, deposes and states as follows:

1. I submit this supplemental affidavit at the request of Plaintiff's attorney in sup    t of Plaintiff's response to Defendants' Motion for Summary Judgment

2. The deposition transcript and exhibits (or portions thereof) of Thomas Mor  taken on May 21 and 22, 2001 in the matter styled *In Re Krigel's, Inc., Debtor*, No. 01-402 11-JMV and *Krigel's, Inc. v. ARY Jewelers, LLC*, Adv. Pro. No. 01-4089; in the United Sta Bankruptcy Court, Western District of Missouri, Western Division; and referred to   incorporated into Plaintiffs' Response to Defendants' Motion for Summary Judgment a Memorandum of Law in Support of Plaintiff's Response to Defendants' Motion for Summa Judgment is a true and correct copy of the original deposition transcript and exhibits attach thereto.

3. In litigation referenced in my affidavit, ARY Jewelers, LLC asserted the positic that the Stock Purchase Agreement between ARY and Krigel's, Inc. was void by its term because Foothill Capital Corp. did not extend financing to ARY on the same terms which it ha been financing Krigel's. In prior litigation, ARY never took the position that it would agree onl to financing on the "same terms" as Foothill had financed Krigel's. Whether ARY would hav

1

voluntarily agreed to other terms for financing the transaction was simply not relevant to the issue of whether ARY had breached on a contractual obligation to close its transaction with Krigel and so ARY took no position on the former issue in any of the prior litigation. ARY's position in prior litigation is not inconsistent with the position it takes in this litigation.

_____
Barry Pickens

Sworn to before me on this the 13th day of September, 2005.

_____
Notary Public

My Commission Expires:

OPAL I. DeYAEGHERE
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: January 9, 2006