UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>IBJTC Business Credit Corp. and )<br>David Molinario, )<br>        Defendants. ) | CIVIL ACTION NO. 04:-CV-10281 EFH<br><br>AFFIDAVIT OF JILL L. GROFF |

JILL L. GROFF, being sworn, deposes and states as follows:

1. I am an attorney with The Carrigan Law Firm, L.L.P. and I submit this affidavit to tran[smi]t to the Court documents appended hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a the deposition transcript of Abdul Razzak taken on May 10, 2005.

3. Attached hereto as Exhibit 2 is a true and correct copy of a portion of the deposi[tion] transcript of David Molinario taken on December 1, 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of a portion of the deposi[tion] transcript of Francis O'Connor taken on May 12, 2005 and June 16, 2005.

_____
Jill L. Groff

Sworn to before me on this the 14th day of September, 2005.

_____
Wendy G. Watson

Notary seal:

WENDY G. WATSON
Notary Public
State of Texas
My Commission Expires
June 29, 2009

1