## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., | ) |
|            Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04:-CV-10281 EFH |
| | ) |
| IBJTC Business Credit Corp. and | ) AFFIDAVIT OF JOSEPH G. |
| David Molinario, | ) THOMPSON, III |
|            Defendants. | ) |

JOSEPH G. THOMPSON, III, being sworn, deposes and states as follows:

1.     I submit this affidavit at the request of Plaintiff's attorney in support of Plaintiff's respo

to Defendants' Motion for Summary Judgment

2.     I submit this affidavit in order to lay the predicate for admission of the invoices for legal f

and expenses as business records of the law firm of Watt, Beckworth & Thompson, L.L.P. , r

known as Watt Beckworth Thompson & Henneman, L.L.P.

3.     I am a partner in law firm of Watt Beckworth Thompson & Henneman, L.L.P., f/k/a W

Beckworth & Thompson, L.L.P. I represented ARY Jewelers, LLC in several lawsuits arising

of its thwarted attempt to acquire Krigel's, Inc.

4.     Attached to this affidavit as Exhibit 1 are true and correct copies of portions of invo

(Bates Nos. ARY 02986 – ARY 03030) that set out fees and expenses incurred by ARY in

lawsuits referenced in paragraph 3 above. Such invoices are attached hereto as Exhibit 1 and

incorporated herein by reference. The invoices attached hereto as Exhibit 1 are kept by V

Beckworth Thompson & Henneman, L.L.P. in the regular course of its business. As a partner in

firm of Watt Beckworth Thompson & Henneman, L.L.P., I am familiar with the billing proced

1

and records for the firm. It was the regular course of the business for an employee or representat

of Watt Beckworth Thompson & Henneman, L.L.P. with knowledge of the act, event, condition

opinion recorded to prepare invoices such as the invoices attached hereto as Exhibit 1 and to m

a business record, the invoices, or to transmit information thereof to be included in such invoic

The invoices attached hereto as Exhibit 1 were made at or near the time of the act, event, conditi

or opinions recorded therein, or reasonably soon thereafter. The invoices attached hereto as Exh

1 are an original or exact duplicate of the original.

Joseph G. Thompson, III

Sworn to before me on this the __12th__ day of __September__, 2005.

Notary seal:

2