UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ARY JEWELERS, LLC, ET AL.,
                Plaintiffs

                                                      CIVIL ACTION NO.:
        v.                                             04-10281-EFH

IBJ WHITEHALL BANK & TRUST CO.,
ET AL.,
                Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

September 22, 2005

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on  Wednesday, February 15, 2006  .

      SO ORDERED.

                                                         /s/ Edward F. Harrington
                                                       EDWARD F. HARRINGTON
                                                       United States Senior District Judge