UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC,<br><br>Plaintiff,<br><br>v.<br><br>IBJTC Business Credit Corporation and David Molinario,<br><br>Defendants. | Civil Action No. 04-10281-EFH |

## REPLY AFFIDAVIT OF KATE CIMINI

I, KATE CIMINI, hereby affirm as follows:

1.  I am an attorney at the law firm of Ropes & Gray LLP, counsel to defendants in this action. I submit this affidavit solely to put before the Court the documents attached hereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a portion of the deposition transcript of David Molinario, taken on December 1, 2004.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a portion of the deposition transcript of Abdul Razzak, taken on May 10, 2005.

4.  Attached hereto as Exhibit 3 is a true and correct copy of a portion of the deposition transcript of Thomas Morgan, taken on June 15, 2005.

5.  Attached hereto as Exhibit 4 is a true and correct copy of a portion of the deposition transcript of Francis D. O'Connor, taken on May 12, 2005.

6.  Attached hereto as Exhibit 5 is a true and correct copy of a portion of the deposition transcript of Brian Kennedy, taken on June 16, 2005.

9828988_1.DOC

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF SEPTEMBER, 2005.

/s/ Kate Cimini
Kate Cimini