UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ARY JEWELERS, LLC, ET AL.,
      Plaintiffs

      v.

IBJ WHITEHALL BANK & TRUST CO.,
ET AL.,
      Defendants.

CIVIL ACTION NO.:
04-10281-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

October 11, 2005

HARRINGTON, S.D.J.

  In view of the Court's granting of Plaintiff's Motion to File its <u>Second</u> Amended Complaint, Defendants' Motion for Summary Judgment as to the First Amended Complaint is deemed moot.

  SO ORDERED.

            /s/ Edward F. Harrington
            EDWARD F. HARRINGTON
            United States Senior District Judge