```
 1
 2  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
 3
    ARY JEWELERS, LLC,            )
 4                                )
              Plaintiff,          )
 5                                )
              vs.                 ) No. C.A. No. 04
 6                                ) CV 10281EFG
    IBJTC BUSINESS CREDIT         )
 7  CORP. AND DAVID MOLINARO,     )
                                  )
 8            Defendant.          )
    - - - - - - - - - - - - - - - -
 9
10
11
12            DEPOSITION OF ABDUL RAZZAK
13                New York, New York
14              Tuesday, May 10, 2005
15
16
17
18
19
20
    Reported by:
21  NANCY SILBERGER
    JOB NO. 173087
22
23
24
25
```

EXHIBIT I

Page 6

2 Fischler, and I represent the defendants in
3 the lawsuit, ARY Jewelers LLC versus IBJTC
4 Business Credit Corp., and David Molinaro.
5 I'm going to ask you some questions today
6 about the case, and if anything I ask you is
7 unclear, please ask me to repeat it and I'll
8 be happy to do that.
9     A.  Yes.
10    Q.  Is that okay?
11    A.  Yes.
12    Q.  Do you speak English at all?
13    A.  I can speak businessman's English,
14 but I am not well-educated in that.
15    Q.  Are you familiar with a business
16 known as the ARY Group?
17    A.  Yes, I am.
18    Q.  What is your position in the ARY
19 Group?
20    A.  Different places I have different
21 position.  Which place you are asking for?
22    Q.  Well, I have seen you described as
23 the chairman of the ARY Group; are you the
24 chairman?
25    A.  Yes.

Page 7

2    Q.  What is the ARY Group; what
3 business is it in?
4    A.  We deal in silver and gold and
5 property, gold refinery, and we are also a
6 television channel.
7    Q.  Are there separate companies within
8 the group for each of the businesses you just
9 named?
10    A.  They are in different names.
11       MR. FISCHLER:  Different companies.
12       THE INTERPRETER:  Different
13 companies.
14    Q.  I have seen the ARY Group described
15 as a family-owned business; is that correct?
16    A.  Yes.
17    Q.  What is your ownership interest in
18 the ARY Group of companies?
19    A.  I am the main person, as I am the
20 chairman of the group.
21    Q.  Are you involved in the operations
22 of the companies within the group?
23    A.  Yes, I am.
24    Q.  I have seen materials on the
25 Internet that the ARY Group has sales in

Page 8

2 excess of 1.1 billion dollars U.S.; is that
3 accurate?
4    A.  They are different.  I cannot tell
5 you the exact figure because it's -- there
6 are variations in there.
7    Q.  Has the ARY Group ever had annual
8 revenues in excess of one billion dollars
9 U.S.?
10    A.  Revenue has never been one billion
11 dollars.  Annual profit has never been one
12 billion.
13    Q.  I'm not asking about profit.  I'm
14 asking about revenue.
15    A.  It can be more than that because we
16 have in different countries, like in
17 Pakistan, in Dubai and England, and America,
18 also.
19    Q.  In 2004, approximately what were
20 the revenues of the ARY Group of companies?
21    A.  I can see the balance sheet and
22 then tell you.
23    Q.  As the chairman of the group, do
24 you know, approximately, the revenues or
25 sales of the company for 2004?

Page 9

2    A.  In 2004, we have done a lot of
3 jobs, and after we finish the work, then I
4 can say how much is worth.  Approximately,
5 it's from 400 to 500 million profit, which is
6 dirhams, D-I-R-H-A-M-S.
7    Q.  Do you know, approximately, how
8 much profit that translates into in U.S.
9 dollars?
10    A.  Almost 150 million dollars.
11    Q.  How much of the ARY Group is owned
12 by you and your family members?
13    A.  Nobody is from outside.  Is hundred
14 percent family-owned.
15    Q.  Does the ARY Group have business
16 interests in the United States presently?
17    A.  Not right now.  It's small.  Not
18 particularly -- it's small, but not
19 significant, not big one.
20    Q.  What business is the ARY Group
21 conducting in the United States?
22    A.  It's gold -- I deal in gold.
23    Q.  Did the ARY Group attempt to
24 purchase a business in the United States
25 known as Krigel's Jewelers at some point in

Page 14

```
 1
 2     A.  As I said before -- now the
 3  question is clear. Whatever we've done, the
 4  commitment, we completed that.
 5     Q.  I understand, but my question is
 6  something different. What I'm trying to
 7  learn is, if ARY wished to pay, could --
 8     A.  The promise I made, I have
 9  fulfilled that, and now it was their duty to
10  follow the terms and conditions as it was in
11  there.
12     Q.  How much cash did the ARY Group
13  have in -- at the time the agreement with
14  Krigel's was signed?
15     A.  One point five million. We have
16  sent it, and after that there was supposed to
17  be second repayment. The leftover payment,
18  we have already sent there and it was laying
19  in Kansas City.
20     Q.  Okay. I understand all that.
21  Again, my question is something different.
22          I'm trying to understand whether
23  ARY had the financial ability, if it wished,
24  to pay cash for the business?
25     A.  In business, it's always planning.
```

Page 15

```
 1
 2  And with this -- in this planning, it was
 3  decided a portion of it was -- we'll give it
 4  to them, and the rest of the portion will be
 5  from the bank.
 6     Q.  If ARY wished to plan to pay in
 7  cash and not to obtain outside financing,
 8  could it have done that?
 9     A.  But he -- when it was the -- there
10  was terms and conditions. We have complied
11  with that.
12     Q.  Was ARY in a position to pay cash
13  for the business if it wished to do so?
14     A.  It was in a position. We didn't
15  have only one business. It's in different
16  countries and there are different
17  commitments, and we have to fulfill all the
18  commitments.
19     Q.  Are you aware that Mr. Hussein told
20  others that ARY could have paid cash for
21  Krigel's if it wished to do so?
22     A.  No, I don't know. I just want to
23  add one thing. The person who's dealing in
24  gold anywhere in the world, it's verbally and
25  it's a promise which carries on the business.
```

Page 16

```
 1
 2  I can pick up the phone right now, and if you
 3  want to buy ten million dollars worth of
 4  gold, I can lend.
 5     Q.  If I wish to buy 20 million dollars
 6  worth of gold, could you lend me the money
 7  for that?
 8     A.  Being it all happens with the
 9  person comes from the street, that cannot be
10  done.
11     Q.  If a person with an acceptable
12  background came to you, would the ARY Group
13  have the financial capability to do that?
14     A.  If there's a marginal profit in the
15  deal, then it can be done.
16     Q.  Was that true in 2001, as well?
17     A.  Yes, with the grace of God.
18     Q.  How did ARY determine how much it
19  was willing to pay for Krigel's?
20     A.  The main thing is that it was a
21  running business. And any new person, if he
22  goes into the new business just to kill the
23  time, overlooking all the matters, then we
24  put the price.
25     Q.  I don't understand the reference to
```

Page 17

```
 1
 2  killing time. Could he explain that?
 3     A.  Like coming to this country, then
 4  I'll start from one, and if I have to reach
 5  to 20, how much time it will take. Killing
 6  time means that.
 7     Q.  Do you mean that you would start
 8  with one jewelry business and build to 20; is
 9  that what you are saying?
10     A.  Yes. What I meant was, it was both
11  a chain and if the chain was ready in that
12  case.
13     Q.  Who gave Mr. Hussein the authority
14  to sign the agreement on behalf of ARY?
15     A.  It happened on that very day. I
16  had a fever and I was in Houston. I had my
17  seat confirmed to leave there, but doctor
18  advised me not to travel, so I asked him to
19  sign.
20     Q.  So you authorized Mr. Hussein to
21  sign the agreement; is that true?
22     A.  Only for that occasion.
23     Q.  How did you determine that the
24  price in the agreement was acceptable?
25     A.  My life, I've been dealing in this
```

Page 42

 1
 2  bearing. I travel back and forth. I am not
 3  on bail, not any kind of restriction on me.
 4     Q.  What is the nature of the case that
 5  has no bearing?
 6     A.  Which you have read in the
 7  newspaper, I also read in the newspapers.
 8  Legally, I have never been given any kind of
 9  document concerning this.
10     Q.  So it's the case I've read about in
11  the newspaper that's pending?
12     A.  It's pending in the newspaper only.
13     Q.  Earlier in your testimony you
14  referred to lawsuits in which ARY has been
15  involved in the United States related to the
16  Krigel transaction.
17     A.  Yes.
18     Q.  Do you recall that you submitted
19  statements in the course of those lawsuits?
20     A.  What do you mean by that?
21        MR. CARRIGAN: Are you referring to
22     afterwards?
23        MR. FISCHLER: I'll just show him
24     instead of trying to describe it.
25        (Defendant's Exhibit B, Declaration

Page 43

 1
 2     of Harvey Razzak, marked for
 3     identification, as of this date.)
 4     Q.  I have shown you a document that
 5  has been marked Exhibit B, which appears to
 6  be a declaration that you submitted in one of
 7  the lawsuits in Missouri relating to the
 8  Krigel transaction; do you recognize this
 9  document?
10        (Witness perusing document.)
11     A.  If it's my signature, then it's
12  okay.
13     Q.  Are the statements that you make in
14  this document true?
15     A.  Yes.
16     Q.  Let me show you another document
17  marked Exhibit A. This appears to be a letter
18  that you sent to Scott Krigel, dated April 5,
19  2001. Do you recognize it?
20        (Witness perusing document.)
21     A.  Yes.
22     Q.  Are the statements in that letter
23  true?
24     A.  Yes.
25     Q.  Are you familiar with an attorney

Page 44

 1
 2  in Kansas City named Max Jevinsky?
 3     A.  I went there. I can see the name
 4  and then I can tell you.
 5     Q.  Do you recall that Mr. Jevinsky was
 6  one of the attorneys for ARY in the lawsuit
 7  in Kansas City?
 8     A.  Can I see the paper? Actually, I
 9  don't remember, but if it's a paper, then
10  it's okay.
11     Q.  After you decided not to proceed
12  with the Krigel transaction, did you attempt
13  to buy any other jewelry businesses in the
14  United States?
15     A.  No.
16     Q.  Why is that?
17     A.  I was disheartened.
18     Q.  Did you conclude that a business
19  similar to Krigel's would not be sufficiently
20  profitable for the ARY Group?
21     A.  No -- it was not that matter, but
22  because these people went for litigation and
23  everything was just wasted.
24     Q.  After you determined not to accept
25  financing from Foothill, did you attempt to

Page 45

 1
 2  obtain financing from any other institution?
 3     A.  Scott Krigel did try for that.
 4     Q.  And what institution did he attempt
 5  to obtain financing from?
 6     A.  I don't remember the name.
 7     Q.  Was he able to obtain financing?
 8     A.  No.
 9     Q.  Do you know why not?
10     A.  He didn't tell me about that.
11     Q.  Did you ever speak with any
12  representative of the corporate defendant, in
13  this case, IBJ?
14     A.  I never talk with them.
15        MR. FISCHLER: Can we break now for
16     a short lunch?
17        (A lunch recess is taken.)
18        AFTERNOON SESSION
19        (Time noted: 2 p.m.)
20  A B D U L  R A Z Z A K, resumed and testified
21  as follows:
22  EXAMINATION BY (Cont'd.)
23  MR. FISCHLER:
24     Q.  Have you had any discussions, that
25  you can recall, with representatives of