02Feb.28. 2001; 5:55PM B1841BJW-RETAIL    CF ASSOCIATES INC    No.1849   P. 2/8  02
Dow Jones Interactive

Page 1 of 2



Article 1

# DOW JONES NEWSWIRES™

**Pakistani Fugitive Gives Australian Authorities The Slip**
03/06/1998
Dow Jones International News
(Copyright (c) 1998, Dow Jones & Company, Inc.)

CANBERRA (AP)—Pakistani authorities said Friday they are upset that a former bank president facing embezzlement charges slipped through the fingers of Australian Immigration authorities and escaped to Dubai.

Hussain Lawai, 52, was detained by Immigration authorities in Perth after he arrived Tuesday in Australia on a visa the authorities believed had been improperly obtained.

A spokesman for Immigration Minister Phillip Ruddock said Lawai was put on a plane and deported to Pakistan.

But Pakistan's High Commissioner, Khawar Zaman, told The Associated Press on Friday that Lawai had in fact been put on a plane to Singapore.

From there, Lawai had caught a connecting flight back to Dubai, where he has been living for several years, Zaman said.

Zaman told The Associated Press the paperwork necessary for Lawai's arrest had been issued by Interpol and he could not understand why he was not arrested.

But an official of Australia's Attorney General's Department, which would have had to authorize Lawai's arrest in this country, insisted the documents had not arrived from Pakistan until the day after Lawai left Australia.

Zaman said Lawai is alleged to have embezzled U.S. $10 million from one of Pakistan's biggest banks, the Muslim Commercial Bank.

Lawai was appointed president of the Muslim Commercial Bank and Prime Minister Benazir Bhutto's financial adviser shortly before her government was dismissed in 1996 on charges of corruption and mismanagement.

Zaman said Lawai is wanted by Interpol and Australia's Federal Police had started moves to have him arrested when he was deported.

Zaman, who formerly headed The Ehtesab (accountability) Bureau, an investigative agency that filed the original charges against Lawai, said Pakistani authorities are upset at the fugitive's escape.

(END) Dow Jones Newswires 06-03-98

0658GMT


EXHIBIT C

Dow Jones Interactive

Page 1 of 2

Publications Library

- Search by Words
- Search by Company
- Search by Industry
- Search by Person

Customize This Area
Set your preferences for the number of headlines displayed, article format and more.

Article 9

News
**Scandal Hits Games Firm**
By Janine Macdonald

10/12/1998
The Age
5
Copyright of John Fairfax Group Pty Ltd

Return to Headlines

CANBERRA — A Middle Eastern company chosen to distribute Sydney 2000 Olympic coins is embroiled in a bribery controversy involving former Pakistani Prime Minister Ms Benazir Bhutto and is also linked to an international fugitive refused entry to Australia.

ARY Traders, a Dubai-based general merchant and gold bullion dealer, was awarded the contract in April as sole distributor for the limited-edition coins in Pakistan and the United Arab Emirates.

But Pakistani Government sources say its owner and directors have since been charged with bribing Ms Bhutto, her spouse and senior government officials to get a contract for importing gold into Pakistan, a charge they have denied.

ARY's group executive director, Mr Mohammad Iqbal, tried in March to enter Australia with a Pakistani fugitive wanted by Interpol.

When stopped at Perth airport in March, Mr Iqbal said he was en route to a gold conference in Kalgoorlie, Western Australia, and the fugitive, Mr Hussain Lawai, was his financial adviser. Mr Lawai was a former adviser to Ms Bhutto and was wanted in Islamabad on money-laundering and fraud charges.

Australian immigration authorities had inadvertently issued a visa to Mr Lawai before they found he was wanted by Interpol.

At the time, the Pakistani high commissioner in Australia blamed a bureaucratic bungle by Australian authorities for putting Mr Lawai back on a plane instead of detaining him for arrest by Interpol officers, who were on their way to Australia.

In the ARY case, before the Ehtesab (Accountability) bench of the Lahore high court, Ms Bhutto and others were charged with receiving a $10million bribe for granting a gold import licence to the company, a move said to have cost the country millions in lost revenue. Last week, Ms Bhutto and senator Mr Asif Ali Zardari were indicted on other corruption charges.

The Sydney 2000 contract was announced in early April - less than a month after the ARY executive came to Australia with Mr Lawai - and is part of the worldwide distribution of gold, silver and bronze-based coins. Sydney Olympic officials hope to raise $260million through the coin program. A spokesman for Olympics Minister Mr Michael Knight yesterday said he was not aware of the allegations. He said it was the responsibility of the Perth and Royal Australian mints, not SOCOG, to check the bona fides of the company.

http://ptg.djnr.com/ccroot/asp/publib/story.asp

02/28/2001

F 00550

Article 8

Return to Headlines

News
**Charged Gold Firm Keeps Games Role**
By Janine Macdonald

10/13/1998
The Age
7

Copyright of John Fairfax Group Pty Ltd

Sydney 2000 Olympic souvenir coins will still be distributed by a company involved in a Pakistani bribery scandal and linked to an international fugitive, the Olympic coin program's organisers said yesterday.

The Royal Australian Mint and the Perth Mint, joint organisers the $250 million coin program, issued a brief statement saying charges in Pakistan and the United Arab Emirates against the company it selected to distribute the souvenir coins had not been proven.

They did not say when they became aware of the allegations.

In March, they signed a contract with Dubai-based general merchant and gold bullion dealers ARY Traders. That month, the company's group director, Mr Mohammed Iqbal, was stopped at Perth Airport because he was travelling with a Pakistani man wanted by Interpol.

ARY's owner and directors were later charged with bribing the former Pakistani Prime Minister, Ms Benazir Bhutto, her spouse and senior government officials to get a contract for importing gold into Pakistan, a charge they have denied.

The Perth Mint, responsible for overseas distribution of the coins, said the firm was one of the largest precious metal dealers in the region and the agreement had not changed.

—JANINE MacDONALD

Display as: Full Article

Return to Headlines

Copyright ©2000 Dow Jones & Company, Inc. All rights reserved.

Case 1:04-cv-10281-EFH   Document 77-4   Filed 10/24/2005   Page 4 of 7
Feb. 28. 2001  5:55PM  BJW-RETAIL                    LCF ASSOCIATES INC        No.1849   P. 5/8
Dow Jones Interactive

Page 1 of 1

Article 9

Return to Headlines

### NBW issued for Hussain Lawai and others

09/28/1999
Pakistan Press International Information Services Limited
Copyright (C) 1999 Pakistan Press International Information; Source: World Reporter (TM) - Asia Pulse Limited.

Karachi Sept 28 (PPI) Non-bailable arrest warrants of Hussain Lawai, ex-President of Muslim Commercial Bank (MCB), and others were issued by Special Judge for offences in Banks Karachi, Syed Abdul Rehman, in a bank fraud case, registered by Federal Investigation Agency (FIA), Commercial Bank Circle (CBC), Karachi.

Investigating officer FIA, today submitted final challan of the case before the learned judge, in which he showed all accused namely Hussain Lawai, Mohammad Iqbal Khan, Mohammad Asghar Bizenjo, and Shahid Umerani as absconders.

It was submitted that all accused persons were close associates of PPP Senator Asif Ali Zardari and their loans were sanctioned on his directives.

FIA alleged in FIRs that these persons took loan of Rs. 140 millions and Rs. 237.524 millions from MCB, in 1995 in the name of Zeshan Builders and Shandar Builders, for construction of buildings in Karachi.

The accused mortgaged land of Karachi Port Trust (KPT), against the loan, which had already been allotted to the employees of Maritime Security Agency.

(THROUGH ASIA PULSE) 28-09 1999

Display as: Full Article

Return to Headlines

Copyright ©2000 Dow Jones & Company, Inc. All rights reserved.

http://ptg.djnr.com/ccroot/asp/publib/story.asp

02/28/2001

F 00552

Dow Jones Interactive            LCF ASSOCIATES INC            No.1849   P. 6/8

Page 1 of 1

Article 5

**MCB to move Interpol to arrest Razzaq and Lawai**

Our Commerce Reporter

11/12/1999
The Nation (Pakistan)
Copyright (C) 1999 The Nation Publications (PVT) Ltd.; Source: World Reporter (TM)

Return to Headlines

LAHORE-The Muslim Commercial Bank (MCB) is moving through interpol for the arrest of former chief of the MCB, **Hussain Lawai** and the international gold trading tycoon and owner proprietor of Dubai-based ARY Gold, Haji Abdul Razzaq.

According to a press release issued by the MCB, a Dubai Court of Appeal has declined to issue decree in favour of Haji Abdul Razzaq and **Hussain Lawai**, while dismissing their suit for the damages worth dirham 100 million filed by them against the MCB.

They had filed a damaging suit in the Dubai court saying that the said FIR launched by the MCB spoil their reputation.

The MCB had filed an FIR in Pakistan against **Hussain Lawai** for an unauthorized remittance of worth $ 10 million in 1995 and 1996 on the behalf of Haji Abdul Razzaq. Subsequently, both Lawai and Haji Razzaq, being from the same clan of Memon filed a damages suit against the MCB.

First court in the Dubai had dismissed their damages suit earlier this year. The ARY went into appeal, which was again dismissed, the news release added.

Display as: Full Article                                   Return to Headlines

Copyright ©2000 Dow Jones & Company, Inc. All rights reserved.

http://ptg.djnr.com/ccroot/asp/publib/story.asp

02/28/2001

F 00553

D1014

Feb.28. 2001 5:56PM   !BJW-RETAIL   LCF ASSOCIATES INC   No.1849   P. 7/8
Dow Jones Interactive

Page 1 of 2

Publications Library

Search by Words
Search by Company
Search by Industry
Search by Person

Customize This Area
Set your preferences for the number of headlines displayed, article format and more.

Article 4

Return to Headlines

### Pakistan bank dealt another blow in case against exchange house
Ashfaq Ahmed
12/10/2000
Gulf News
Copyright (C) 2000 Al Nisr Publishing LLC; Source: World Reporter (TM)

Sharjah - Pakistan's Muslim Commercial Bank (MCB) suffered another blow as its latest attempt to recover $10 million from Dubai-based ARY International Exchange was dismissed by the Dubai Court of Appeal.

The MCB argued that one defendant, Hussain Lawai, former chief executive officer of MCB, had illegally transferred $10 million in collusion with the three other defendants, including ARY International Exchange director Haji Abdul Razzak and its employee Mohammed Rafiq, from the MCB to an ARY Exchange account in American Express Bank Ltd in New York. The bank claimed that the $10 million was transferred in three installments on October 5 and 6, 1994, and February 23, 1995, respectively.

The Dubai Court of Appeal on November 8, 2000, dismissed as without merit an appeal by the MCB against the judgment of the Dubai Court of First Instance, thus confirming that the $10 million was legally transferred from the Pakistan bank to the U.S. bank account of ARY International Exchange in 1994-95.

On November 25, 1998, the lower court dismissed MCB's case as "baseless" and warned the bank that it "should not fabricate proof to serve its interests". The court concluded that the money was due and payable by the MCB.

Giving details of the cases at a press conference yesterday, Haji Abdul Razzak said that this was the fourth time in as many years that the MCB's allegations about the "illegal transfer" of $10 million had been rejected by Dubai's legal authorities as baseless.

"First, in September 1997 the prosecutor declared that there were no grounds for filing a court case. In December 1997 the Court of Appeal rejected an MCB appeal against the prosecutor's order, stating that the bank was not entitled to file the appeal. In November 1998 a civil case by the MCB was dismissed by the Court of First Instance," Haji Razzak said.

In the latest judgment, the Court of Appeal said it had allowed the appeal by the MCB for hearing in matter of form, but found that the reasoning and conclusion of the lower court were correct on the basis of the facts and were in accordance with the law.

"Therefore, the judgment of the Court of First Instance is entitled to be upheld and the appeal is liable to be dismissed," Haji said, quoting from the court ruling. The MCB had filed similar cases in Pakistani courts accusing its former CEO Hussian Lawai, Haji Razzak and other defendants of "illegal transfer" of money and demanded that the court order it returned.

"Those cases in Pakistan are still pending as there has been no hearing in these cases for a long time," Haji said. He added that the Dubai Court's judgment would help them win exoneration in Pakistan as well.

Former CEO of the MCB Hussain Lawai, a major defendant, is currently wanted in Pakistan. "Lawai, who is in London, should also be exonerated from these 'so called cases' by the MCB after this latest judgment," Haji Razzak said.

http://ptg.djnr.com/ccroot/asp/publib/story.asp

02/28/2001

F 00554

D1015

Hussain Lawai managed to escape from Pakistan when these cases were filed against him after former Prime Minister Benazir Bhutto's government was toppled in 1996. He stayed in Dubai for a few months and finally managed to go to London after a failed attempt to go to Australia. According to informed sources, his name is still on the Exit Control List in Pakistan.

Display as: Full Article                                   Return to Headlines

Copyright ©2000 Dow Jones & Company, Inc. All rights reserved.