UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARY Jewelers, LLC., <br>       Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| IBJTC Business Credit Corp. and <br> David Molinario, <br>       Defendants. | ) <br> ) <br> ) <br> ) | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF CONSIDERATION
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

ON THIS the _____ day of _____, 2005, this Court considered ARY Jewelers, LLC.'s Motion for Continuance of Consideration of Defendants' Motion for Summary Judgment. After consideration of the same, the Court is of the opinion that said motion should be GRANTED.

It is, therefore, ORDERED that ARY's Motion for Continuance of Consideration of Defendants' Motion for Summary Judgment is GRANTED and that Defendants be ordered to: (1) produce all responsive documents; (2) produce Steven Cole and Defendants' Custodian of Records for deposition at a time mutually agreed upon by all parties.

_____
UNITED STATES DISTRICT JUDGE

Signed the _____ day of _____, 2005.