UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., <br>            Plaintiff, <br><br> v. <br><br> IBJTC Business Credit Corp. and <br> David Molinario, <br>            Defendants. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04:-CV-10281 EFH <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING MOTION FOR LEAVE TO
FILE OPPOSITION MORE THAN 20 PAGES IN LENGTH**

ON THIS the _____ day of _____, 2005, this Court considered ARY Jewelers, LLC.'s Motion for Leave to File Opposition More than 20 Pages in Length. After consideration of the same, the Court is of the opinion that said motion should be GRANTED.

It is, therefore, ORDERED that ARY Jewelers, LLC.'s Motion for Leave to File Opposition More than 20 Pages in Length is GRANTED.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

Signed the _____ day of _____, 2005.