UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARY Jewelers, LLC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| | ) | |
| IBJTC Business Credit Corp. and | ) | |
| David Molinario, | ) | |
|     Defendants. | ) | |

**PLAINTIFF ARY JEWELERS, LLC.'S MOTION TO STRIKE
CERTAIN MATERIALS FILED BY DEFENDANTS' IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

TO THE UNITED STATES DISTRICT COURT:

Plaintiff, ARY Jewelers, LLC., ("ARY") hereby files its Motion to Strike Certain Materials Filed by Defendants in Support of Their Motion for Summary Judgment and requests that the Court strike the following:

1. Exhibits B, D, E, and F to Kate Cimini's affidavit;

2. All of the Exhibits attached to the Affidavit of Francis O'Connor;

3. Paragraph 5 and last two sentences paragraph 12 of Steven Cole's Affidavit.

ARY submits the accompanying Memorandum In Support of Motion to Strike.

                Respectfully submitted,

                THE CARRIGAN LAW FIRM, L.L.P.

                By: *Steve Carrigan by Ara*
                Stephen P. Carrigan (Admitted Pro Hac Vice)
                2 Houston Center

909 Fannin, Suite 1575
Houston, Texas 77010
(713) 739-0810 (telephone)
(713) 739-0821 (telefax)
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:

**THE CARRIGAN LAW FIRM, L.L.P.**
Jill L. Groff (Admitted Pro Hac Vice)
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
(713) 739-0810 (telephone)
(713) 739-0821 (telefax)
*Of Counsel for Plaintiff*

**MAHENDRU, P.C.**
Ashish Mahendru BBO#647661
1111 Bagby, Suite 2000
Houston, Texas 77002
(713) 571-1519 (telephone)
(713) 651-0776 (telefax)
*Of counsel for Plaintiff*

Dated: November __7__, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded as indicated below by certified mail, facsimile and/or hand delivery, return receipt requested in accordance with the Federal Rules of Civil Procedure on this 7th day of November, 2005.

Robert S. Fischler
ROPES & GRAY, L.L.P.
45 Rockefeller Plaza
New York, NY 10111
Tel: (212)841-0444

Christopher R. Dillon
Kate Cimini
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

_____
Stephen P. Carrigan/Jill L. Groff