**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARY Jewelers, LLC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| | ) | |
| IBJTC Business Credit Corp. and | ) | |
| David Molinario, | ) | |
| Defendants. | ) | |

**ORDER GRANTING ARY JEWELERS, LLC.'S OBJECTIONS TO DEFENDANTS'**
**SUMMARY JUDGMENT EVIDENCE AND MOTION TO STRIKE**

ON THIS the _____ day of _____, 2005, this Court considered ARY Jewelers, LLC.'s Objections to Defendants' Summary judgment Evidence and Motion to Strike.   After consideration of the same, the Court is of the opinion that said motion should be SUSTAINED.

It is, therefore, ORDERED that all of the following exhibits are stricken:

1.      Exhibits B, D, E, and F to Kate Cimini's affidavit;

2.      All of the Exhibits attached to the Affidavit of Francis O'Connor;

3.      Paragraph 5 and last two sentences paragraph 12 of Steven Cole's Affidavit.


_____
UNITED STATES DISTRICT JUDGE

Signed the _____ day of _____, 2005.