UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ARY JEWELERS, LLC, ET AL.,
      Plaintiffs

v.

IBJ WHITEHALL BANK & TRUST CO.,
ET AL.,
      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
04-10281-EFH

## SCHEDULING ORDER

December 20, 2005

HARRINGTON, S.D.J.

 A hearing on Defendants' Motion for Summary Judgment is scheduled for **Thursday, January 5, 2006**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

 SO ORDERED.

            /s/ Edward F. Harrington
            EDWARD F. HARRINGTON
            United States Senior District Judge