

**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050
BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

January 19, 2006

Christopher R. Dillon
(617) 951-7827
christopher.dillon@ropesgray.com

**BY HAND DELIVERY**

Ms. Sandra Holahan, Clerk
United States District Court
for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re: *ARY Jewelers, LLC v. IBJTC Business Credit Corp. and David Molinario*, C.A. No. 04-cv-10281-EFH

Dear Ms. Holahan:

After the argument today, Mr. Carrigan and Mr. Fischler observed that the Judge might have been left with the misimpression that this matter was set for a jury trial. Neither party has made a jury demand, and both Mr. Carrigan and Mr. Fischler agree that, if there is a trial, it will be a bench trial. We would appreciate if you would pass this information along to chambers.

Very truly yours,

Christopher R. Dillon

Enclosure

cc:    Stephen P. Carrigan (counsel for plaintiff)

9888277_2