

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050
BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

January 30, 2006

Christopher R. Dillon
(617) 951-7827
christopher.dillon@ropesgray.com

**BY ELECTRONIC DELIVERY**

Ms. Sandra Holahan, Clerk
United States District Court
for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re: *ARY Jewelers, LLC v. IBJTC Business Credit Corp. and David Molinario*, C.A. No. 04-cv-10281-EFH

Dear Ms. Holahan:

We are in receipt today of a January 27, 2006, letter from counsel for the plaintiff, Mr. Stephen Carrigan, to you that purports to respond to a request from the Court to provide additional information regarding the defendants' summary judgment motion. We do not recall the Court making such a request at oral argument and have checked the Clerk's notes of the argument and the Court's docket and found no mention of any such request. If the Court would like further briefing on the motion, we would be happy to provide it with additional information.

Having reviewed the plaintiff's submission, we disagree with its characterization of the argument, the summary judgment record, and the underlying facts of this case; and, if the Court intends to consider it, we would request an opportunity to respond. We are also generally available this week for a conference call or status conference, if that would assist the Court.

Very truly yours,

Christopher R. Dillon

cc:   Stephen P. Carrigan (counsel for plaintiff)

9888277_3