**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ARY Jewelers, LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 04-10281-EFH |
| IBJTC Business Credit Corporation and David Molinario, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**JOINT MOTION TO CONTINUE THE FINAL PRETRIAL**
**CONFERENCE UNTIL AFTER THE COMPLETION OF EXPERT DISCOVERY**

Plaintiff ARY Jewelers, LLC ("ARY") and Defendants IBJTC Business Credit

Corporation and David Molinario ("Defendants") respectfully submit this Joint Motion to

Continue the Final Pretrial Conference, now scheduled for February 15, 2006.

On February 7, 2006, the Court issued its Memorandum and Order denying defendants'

motion for summary judgment on Count I of the Second Amended Complaint. On August 30,

2005, the Court, at the parties' request, extended the deadline for the completion of expert

disclosure and discovery until the date 90 days after the Court's decision on defendants' motion

for summary judgment. Accordingly, the deadline for the completion of expert disclosures and

discovery is May 8, 2006, and a continuance of the Final Pretrial Conference is necessary so that

the parties may complete these tasks. The parties therefore request that the Court continue the

Pretrial Conference to a date after May 8, 2006.

-2-

ARY JEWELERS, LLC
By its attorneys,


Stephen P. Carrigan_____
Stephen P. Carrigan
Jill Groff
THE CARRIGAN LAW FIRM
2 Houston Center
909 Fannin, Suite 1575
Houston, TX 77010
(713) 739-0810


Dated:  February 9, 2006

IBJTC BUSINESS CREDIT CORPORATION
and DAVID MOLINARIO,
By their attorneys,


Kate Cimini_____
Robert S. Fischler (Admitted Pro Hac Vice)
Christopher R. Dillon (BBO No. 640896)
Kate Cimini (BBO No. 654336)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000