UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY JEWELERS, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>IBJTC BUSINESS CREDIT CORPORATION<br>and DAVID MOLINARIO,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10281-EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER OF VOLUNTARY PARTIAL DISMISSAL**

The parties hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this action shall be and hereby is voluntarily dismissed without prejudice as against defendant David Molinario ("Molinario"). It is further stipulated and agreed that service of a trial subpoena on Molinario may be made by service on the undersigned attorneys for defendants, and that such service shall have the same effect as if made personally on Molinario in Boston, Massachusetts.

| | |
|---|---|
| ARY JEWELERS, LLC<br>By its attorneys,<br><br>_/s/ Jill Groff_<br>Stephen P. Carrigan<br>Jill Groff<br>THE CARRIGAN LAW FIRM<br>1331 Lamar, Suite 1550<br>Houston, TX 77010<br>(713) 739-0810<br><br>Dated: April __, 2006 | IBJTC BUSINESS CREDIT CORPORATION<br>and DAVID MOLINARIO,<br>By their attorneys,<br><br>_/s/ Christopher R. Dillon_<br>Robert S. Fischler<br>Christopher R. Dillon (BBO No. 640896)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000<br><br>SO ORDERED:<br><br>_____<br>United States District Judge |