ORIGINAL

FILED
IN CLERKS OFFICE

2006 APR 27 P 12: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　　　　　)　CIVIL ACTION NO. 04:-CV-10281 EFH<br>　　　　　　　　　　　　　　　　)<br>IBJTC Business Credit Corp. and )<br>David Molinario, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | |

## ASSENTED TO MOTION TO RE-SET TRIAL DATE

TO THE UNITED STATES DISTRICT COURT:

Plaintiff ARY Jewelers, LLC ("Plaintiff") files this Assented to Motion to Re-Set Trial Date and in support thereof would respectfully show the Court the following:

1.　On February 15, 2006, the parties appeared before the Court at a pretrial conference. At this conference, the Court set the trial of this cause for September 25, 2006. Plaintiffs request that the trial be re-set due to a conflict which has recently arisen.

2.　Plaintiffs' counsel is representing a party in a state court case in Texas in which the trial date was recently re-set upon a co-defendant's motion for continuance. The trial was re-set for September 25, 2006. The case is in a small county in Texas which has a traveling judge with a trial docket in the county in which the case is filed only once every 2-3 months. September 25 was the judge's available date for trial in that county and he will not have another one for 2-3 months thereafter. This state court case will most likely not settle and will go to trial on September 25.

3.　Defendants' counsel has agreed to re-set the trial of this case to a new trial date. They have

1

advised us that they would be available to try the case in mid-November, 2006.

WHEREFORE, Plaintiff and Defendants ask that this Motion be granted and that the trial be re-set from September 25, 2006 to another date no earlier than mid-November, 2006.

Respectfully submitted,

THE CARRIGAN LAW FIRM, L.L.P.

By: _____
Stephen P. Carrigan (Admitted Pro Hac Vice)
State Bar No. 03877000
Federal I.D. 6112
2 Houston Center
909 Fannin, Suite 1575
Tel. (713)739-0810
Fax. (361)739-0821
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:

Jill L. Groff (Admitted Pro Hac Vice)
The Carrigan Law Firm, L.L.P.
2 Houston Center
909 Fannin, Suite 1575
Houston, Texas 77010
(713-729-0810 (telephone)
(713) 739-0821 (facsimle)
*Of Counsel for Plaintiff*

Ashish Mahendru BBO#647661
Mahendru, P.C.
1111 Bagby, Suite 2000
Houston, Texas 77002
(713) 571-1519 (telephone)
(713) 651-0776 (facsimile)
*Of Counsel for Plaintiff*

**CERTIFICATE OF CONFERENCE**

This is to certify that the undersigned attorney has conferred with counsel for Defendants and the same agrees to the relief requested in this Motion.

_____
Stephen P. Carrigan/Jill L. Groff

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Assented to Motion to Re-Set Trial Date was served to each person listed below by certified mail, return receipt requested, facsimile and/or hand delivery on the 26th day of April, 2006.

Robert S. Fischler
Ropes & Gray, LLP
45 Rockefeller Plaza
New York, New York 10111

Christopher R. Dillon
Kate Cimini
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

_____
Stephen P. Carrigan/Jill L. Groff