UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC.,<br>          Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04:-CV-10281 EFH<br>) |
| IBJTC Business Credit Corp. and<br>David Molinario,<br>          Defendants. | )<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO COMPEL

ON THIS the _____ day of _____, 2005, this Court considered ARY Jewelers, LLC.'s Motion for Continuance of Consideration of Defendants' Motion for Summary Judgment. After consideration of the same, the Court is of the opinion that said motion should be GRANTED.

It is, therefore, ORDERED that ARY's Motion for Continuance of Consideration of Defendants' Motion for Summary Judgment is GRANTED and that Defendants be ordered to:

    A.    Defendants' objections to Plaintiff's Request for Production of Documents are stricken;

    B.    Defendants shall produce all relevant documents, including but not limited to the requested Defendants' policies and procedures in place at the time of the occurrences made the basis of this lawsuit;

    C.    Defendants shall provide Plaintiff with a proper privileged document log;

    D.    Defendants shall produce their responsive documents identified by category and as kept in the regular course of business; and

    E.    Plaintiff's counsel be allowed to inspect Defendants' original documents as kept in the regular course of business

    F.    All of the foregoing shall accomplished within fourteen (14) days of the

entering of an Order by this Court.

_____
UNITED STATES DISTRICT JUDGE

Signed the _____ day of _____, 2006.