**Fischler, Robert S.**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Tuesday, December 20, 2005 11:31 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10281-EFH Ary Jewelers, LLC v. IBJTC Business Credit Corporation "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Holahan, Sandra entered on 12/20/2005 at 11:31 AM EST and filed on 12/20/2005
**Case Name:** Ary Jewelers, LLC v. IBJTC Business Credit Corporation
**Case Number:** 1:04-cv-10281
**Filer:**
**Document Number:**

**Docket Text:**
Judge Edward F. Harrington : Electronic ORDER entered denying [88] Motion to Compel. MOTION DENIED. cc/cl (Holahan, Sandra)

The following document(s) are associated with this transaction:

**1:04-cv-10281 Notice will be electronically mailed to:**

Stephen P. Carrigan    scarrigan@carriganlawfirm.com

Kate Cimini    kcimini@ropesgray.com, SamplePlead@ropesgray.com

Christopher R. Dillon    cdillon@ropesgray.com, SamplePlead@ropesgray.com

Robert S. Fischler    Robert.Fischler@ropesgray.com, paul.lang@ropesgray.com; sampleplead@ropesgray.com

Jill L. Groff    wwatson@carriganlawfirm.com

Ashish Mahendru    amahendru@thelitigationgroup.com

**1:04-cv-10281 Notice will not be electronically mailed to:**

Lee S. Gayer

5/22/2006