## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARY JEWELERS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-10281-EFH |
| IBJTC BUSINESS CREDIT CORPORATION, | ) |
| Defendant. | ) |

### MOTION TO STRIKE EXPERT REPORT AND TO ENTER JUDGMENT DISMISSING THE SOLE REMAINING COUNT OF THE SECOND AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum and supporting papers, Defendant IBJTC Business Credit Corp. respectfully moves to strike the expert report of Shirley Webster, a witness designated by plaintiff to give expert testimony on damages, and to enter judgment on Count I dismissing the sole remaining count of the Second Amended Complaint.

### IBJ REQUESTS ORAL ARGUMENT

A bench trial of this case is set for December 4, 2006. IBJ requests oral argument and urges the Court to hear this potentially dispositive motion in advance of trial.

Dated: September 15, 2006                ROPES & GRAY LLP

By: /s/ Christopher Dillon
Robert S. Fischler (Admitted Pro Hac Vice)
Christopher R. Dillon (BBO No. 640896)

One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Defendant IBJTC Business Credit Corp.*

10198950_1