UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>IBJTC Business Credit Corp. and )<br>David Molinario, )<br>        Defendants. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |

**ORDER**

On the _____ day of _____, 2006, the Court considered the Assented to Motion to Enlarge Time for Plaintiff to File Opposition to Defendant's Motion to Strike Expert Report and to Enter Judgment Dismissing the Sole Remaining Count of the Second Amended Complaint and Assented to Motion for Defendant to File Reply Brief to Plaintiff's Opposition . The Court, after considering the same finds that said Motions should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Assented to Motion to Enlarge Time for Plaintiff to File Opposition to Defendant's Motion to Strike Expert Report and to Enter Judgment Dismissing the Sole Remaining Count of the Second Amended Complaint and Assented to Motion for Defendant to File Reply Brief to Plaintiff's Opposition are hereby **GRANTED** and that the date for Plaintiff to file its Opposition to the foregoing motion shall be enlarged from September 29, 2006 to October 9, 2006 and Defendant is granted leave of court to file a reply, such being due no later than one week after the filing of Plaintiff's Opposition.

      **SIGNED** on _____ , 2006.

_____
**JUDGE PRESIDING**
