## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARY JEWELERS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-10281-EFH |
| IBJTC BUSINESS CREDIT CORPORATION and DAVID MOLINARIO, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Christopher R. Dillon, hereby certify that a true copy of Defendant's *Motion To Strike Expert Report And To Enter Judgment Dismissing The Sole Remaining Count Of The Second Amended Complaint* (docket entry no. 114) and accompanying memorandum (115) and affidavit in support (116) were served upon counsel of record for the plaintiff in this action electronically pursuant to Fed. R. Civ. P. 5.4(c), on September 15, 2006.

By: /s/ Christopher Dillon
Christopher R. Dillon (BBO No. 640896)

Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Defendant IBJTC Business Credit Corp.*

10223524_1