UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ARY JEWELERS, LLC, ET AL.,
                Plaintiffs

                         CIVIL ACTION NO.:
      v.                    04-10281-EFH

IBJTC BUSINESS CREDIT CORP. and
DAVID MOLINARIO,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

October 12, 2006

HARRINGTON, S.D.J.

      A hearing on Defendant IBJTC Business Credit Corporation's Motion to Strike Expert Report and to Enter Judgment Dismissing the Sole Remaining Court of the Second Amended Complaint is scheduled for Thursday, October 19, 2006, at 10:00 A.M. in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                       /s/ Edward F. Harrington
                                       EDWARD F. HARRINGTON
                                       United States Senior District Judge