**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARY Jewelers, LLC., )  | |
|         Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| ) | |
| IBJTC Business Credit Corp. and ) | |
| David Molinario, ) | |
|         Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

On the _____ day of _____, 2006, the Court considered Plaintiff, ARY Jewelers, LLCs  Motion for Reconsideration of Order Denying Motion to Compel.  The Court, after considering the evidence, the arguments of counsel, and reviewing the documents on file in this cause, finds that justice requires that Plaintiff's Motion to Compel as to Defendant IBJTC Business Credit Corp.'s policies and procedures manual should be **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel as to Defendant IBJTC Business Credit Corp.'s policies and procedures manual is hereby **GRANTED** and that Defendant is required to produce the same no later than October 28, 2006.

**SIGNED** on _____ , 2006.

                                                                    _____
                                                                    **JUDGE PRESIDING**