**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARY Jewelers, LLC., | ) |
|           Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 04:-CV-10281 EFH |
| | ) |
| IBJTC Business Credit Corp. and | ) |
| David Molinario, | ) |
|           Defendants. | ) |

**ORDER GRANTING MOTION FOR CONTINUANCE**

On the _____ day of _____, 2006, the Court considered the Motion for Continuance. The Court, after considering the same finds that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion for Continuance is hereby **GRANTED** and that the trial of this cause shall be removed from the trial docket of December 4, 2006 and re-set to _____.

      **SIGNED** on _____ , 2006.

                                                                      **JUDGE PRESIDING**