UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :
ARY JEWELERS, LLC,                                       :
                                                         :
               Plaintiff,                                :
                                                         :   Civil Action No. 04-cv-10281-EFH
               v.                                        :
                                                         :
IBJTC BUSINESS CREDIT CORP.                              :
and DAVID MOLINARIO,                                     :
                                                         :
               Defendants.                               :
                                                         :
---------------------------------------------------------x

## AFFIRMATION OF CHRISTOPHER DILLON

I, CHRISTOPHER DILLON, hereby affirm as follows:

      1.      I am an attorney at the law firm of Ropes & Gray LLP, counsel to defendants in this action. I submit this affidavit in support of *Defendant IBJTC Business Credit Corp.'s Opposition to Plaintiff's Motion for Reconsideration of Order Denying Motion to Compel Production of Documents*, and in order to transmit to the Court the documents appended hereto.

      2.      Attached hereto as Exhibit A is a true and correct copy of IBJ's June 1, 2006, Opposition (Docket No. 111) to *Motion to Reurge Plaintiff's Previously Filed Motion to Compel by Ary Jewelers, LLC* (Docket No. 107).

      3.      Attached hereto as Exhibit B is a true and correct copy of the electronic notification of the Court's June 19, 2006, order denying *Motion to Reurge Plaintiff's Previously Filed Motion to Compel by Ary Jewelers, LLC* (Docket No. 107).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF OCTOBER, 2006.

                                                     /s/ Christopher Dillon
                                                        Christopher Dillon