## Dillon, Christopher R.

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, June 19, 2006 1:11 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10281-EFH Ary Jewelers, LLC v. IBJTC Business Credit Corporation "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Holahan, Sandra entered on 6/19/2006 at 1:11 PM EDT and filed on 6/19/2006
**Case Name:** Ary Jewelers, LLC v. IBJTC Business Credit Corporation
**Case Number:** 1:04-cv-10281
**Filer:**
**Document Number:**

**Docket Text:**
Judge Edward F. Harrington : Electronic ORDER entered denying [107] Motion to Compel. MOTION DENIED. cc/cl (Holahan, Sandra)

The following document(s) are associated with this transaction:

**1:04-cv-10281 Notice will be electronically mailed to:**

Stephen P. Carrigan    scarrigan@carriganlawfirm.com

Kate Cimini    kcimini@ropesgray.com, SamplePlead@ropesgray.com

Christopher R. Dillon    cdillon@ropesgray.com, SamplePlead@ropesgray.com

Robert S. Fischler    Robert.Fischler@ropesgray.com, paul.lang@ropesgray.com; sampleplead@ropesgray.com

Jill L. Groff    wwatson@carriganlawfirm.com

Ashish Mahendru    amahendru@thelitigationgroup.com

**1:04-cv-10281 Notice will not be electronically mailed to:**

Lee S. Gayer

10/13/2006

Ropes & Gray LLP  
45 Rockefeller Plaza  
New York, NY 10111-0087

Barry L. Pickens  
Spencer Fane Britt & Browne  
1000 Walnut Street  
Suite 1400  
Kansas City, MO 64106-2140

10/13/2006