## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>IBJTC Business Credit Corp. and )<br>David Molinario, )<br>        Defendants. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |

### PLAINTIFF'S OPPOSED MOTION FOR RECONSIDERATION OF ORDER STRIKING EXPERT REPORT OF SHIRLEY WEBSTER AND REQUEST FOR EMERGENCY DECISION BY SUBMISSION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ARY JEWELERS, LLC, (hereinafter called "Plaintiff") in the above-styled and captioned matter and files this Motion urging the Court to reconsider its Order Striking the Expert Report of Shirley Webster.

Plaintiff files a memorandum of reasons in support of this Motion contemporaneously with the filing of this Motion.

Given the trial setting of December 4, 2006, Plaintiff also requests that the Court consider this Motion on an emergency basis before the usual time for submission under the Local Rules.

Dated November 9, 2006        Respectfully submitted,

**THE CARRIGAN LAW FIRM, L.L.P.**

By:  /s/ Stephen P. Carrigan /s/ by Jill L. Groff
      Stephen P. Carrigan(Admitted Pro Hac Vice)
      State Bar No. 03877000
      Federal I.D. 6112
      2 Houston Center

909 Fannin, Suite 1575  
Tel. (713)739-0810  
Fax. (361)739-0821  
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:

| | |
|---|---|
| Jill L. Groff (Admitted Pro Hac Vice) | Ashish Mahendru BBO#647661 |
| The Carrigan Law Firm, L.L.P. | Mahendru, P.C. |
| 2 Houston Center | 1111 Bagby, Suite 2000 |
| 909 Fannin, Suite 1575 | Houston, Texas 77002 |
| Houston, Texas 77010 | (713) 571-1519 (telephone) |
| (713-729-0810 (telephone) | (713) 651-0776 (facsimile) |
| (713) 739-0821 (facsimle) | *Of Counsel for Plaintiff* |
| *Of Counsel for Plaintiff* | |

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney has conferred with counsel for Defendants and the same is opposed to the relief requested in this Motion.

/s/ Stephen P. Carrigan, /s/by Jill L.Groff  
Stephen P. Carrigan/Jill L. Groff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Opposed Motion for Reconsideration of Order Denying Motion to Compel was served to each person listed below by certified mail, return receipt requested, facsimile and/or hand delivery on the 9h day of November 2006.

Robert S. Fischler  
Ropes & Gray, LLP  
45 Rockefeller Plaza  
New York, New York 10111

Christopher R. Dillon  
Kate Cimini  
Ropes & Gray, LLP  
One International Place  
Boston, MA 02110-2624

/s/ Stephen P. Carrigan, /s/ by Jill L.Groff  
Stephen P. Carrigan/Jill L. Groff

Imanage 68338