UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARY Jewelers, LLC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04:-CV-10281 EFH |
| | ) | |
| IBJTC Business Credit Corp. and | ) | |
| David Molinario, | ) | |
|     Defendants. | ) | |

## VERIFICATION

    BEFORE ME, the undersigned authority, on this day personally appeared Jill L. Groff, attorney for Plaintiff, who after being by me duly sworn, stated upon her oath that all statements in the Opposed Amended Motion for Continuance are true and correct to the best of her knowledge.

_____
Jill L. Groff

    SUBSCRIBED and SWORN TO before me on this the 21st day of November 2006.

    (SEAL)

_____
Notary Public in and for the State of Texas

_____
Printed Name of Notary

My commission expires: April 28, 2010



DARIEL E. MCKEY
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 28, 2010