## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>IBJTC Business Credit Corp. and )<br>David Molinario, )<br>        Defendants. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |

### PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO APPEAL UNDER § 1292 AND REQUEST FOR EMERGENCY DECISION BY SUBMISSION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ARY Jewelers, LLC ("Plaintiff"), pursuant to 28 U.S.C. § 1292, files this Opposed Motion for Leave to Appeal under § 1292 and Request for Emergency Decision by Submission.

Plaintiff files a memorandum of reasons in support of this Motion contemporaneously with the filing of this Motion.

Given the trial setting of December 4, 2006, Plaintiff also requests that the Court consider this Motion on an emergency basis before the usual time for submission under the Local Rules.

Dated November 27, 2006        Respectfully submitted,

                                    **THE CARRIGAN LAW FIRM, L.L.P.**

                                    By: __/s/ Stephen P. Carrigan /s/ by Jill L. Groff__
                                            Stephen P. Carrigan(Admitted Pro Hac Vice)
                                            State Bar No. 03877000
                                            Federal I.D. 6112
                                            2 Houston Center
                                            909 Fannin, Suite 1575
                                            Tel. (713)739-0810

Fax. (361)739-0821  
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:

| | |
|---|---|
| Jill L. Groff (Admitted Pro Hac Vice) | Ashish Mahendru BBO#647661 |
| The Carrigan Law Firm, L.L.P. | Mahendru, P.C. |
| 2 Houston Center | 1111 Bagby, Suite 2000 |
| 909 Fannin, Suite 1575 | Houston, Texas 77002 |
| Houston, Texas 77010 | (713) 571-1519 (telephone) |
| (713-729-0810 (telephone) | (713) 651-0776 (facsimile) |
| (713) 739-0821 (facsimle) | *Of Counsel for Plaintiff* |
| *Of Counsel for Plaintiff* | |

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney has conferred with counsel for Defendant and the same is opposed to the relief requested in this Motion.

                                                /s/ Stephen P. Carrigan, /s/by Jill L.Groff_____
                                                Stephen P. Carrigan/Jill L. Groff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Opposed Motion for Leave to Appeal under § 1292 and Request for Emergency Decision by Submission was served to each person listed below by certified mail, return receipt requested, facsimile and/or hand delivery on the 27th day of November 2006.

Robert S. Fischler  
Ropes & Gray, LLP  
45 Rockefeller Plaza  
New York, New York 10111

Christopher R. Dillon  
Kate Cimini  
Ropes & Gray, LLP  
One International Place  
Boston, MA 02110-2624

                                           /s/ Stephen P. Carrigan, /s/ by Jill L.Groff_____
                                             Stephen P. Carrigan/Jill L. Groff

Imanage 68510