# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARY Jewelers, LLC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>IBJTC Business Credit Corp., )<br>    Defendant. ) | CIVIL ACTION NO. 04:-CV-10281 EFH |

## NOTICE OF APPEAL

Notice is hereby given that ARY Jewelers, LLC, Plaintiff in the above named cause, appeals from the judgment entered in the above-entitled action on December 4, 2006.  Such appeal includes, but is not limited to, appeal from the judgment as well as appeal from the following orders: (1) Order entered on October 24, 2006 granting Defendant's Motion to Strike Report and to Enter Judgment Dismissing the Sole Remaining Count of the Second Amended Complaint; (2) Order entered on November 16, 2006 denying Plaintiff's Motion for Reconsideration of the October 24 order; and (3) Order denying Plaintiff's Motion for Leave to Appeal the October 24 order, which was entered on November 29, 2006.

Dated December 28, 2006

                Respectfully submitted,

                **THE CARRIGAN LAW FIRM, L.L.P.**

                By: /s/ Stephen P. Carrigan  /s/ by Jill L. Groff
                   Stephen P. Carrigan (Admitted Pro Hac Vice)
                   State Bar No. 03877000
                   Federal I.D. 6112
                   2 Houston Center
                   909 Fannin, Suite 1575
                   Tel. (713)739-0810
                   Fax. (361)739-0821
                   ***Attorney-in-Charge for Plaintiff***

OF COUNSEL:

| | |
|---|---|
| Jill L. Groff (Admitted Pro Hac Vice) | Ashish Mahendru BBO#647661 |
| The Carrigan Law Firm, L.L.P. | Mahendru, P.C. |
| 2 Houston Center | 1111 Bagby, Suite 2000 |
| 909 Fannin, Suite 1575 | Houston, Texas 77002 |
| Houston, Texas 77010 | (713) 571-1519 (telephone) |
| (713-729-0810 (telephone) | (713) 651-0776 (facsimile) |
| (713) 739-0821 (facsimile) | *Of Counsel for Plaintiff* |
| *Of Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of Plaintiff's Notice of Appeal was served to each person listed below by certified mail, return receipt requested, facsimile and/or hand delivery on the 2nd day of January 2007.

Robert S. Fischler
Ropes & Gray, LLP
45 Rockefeller Plaza
New York, New York 10111

Christopher R. Dillon
Kate Cimini
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

                                            /s/ Stephen P. Carrigan, /s/ by Jill L.Groff
                                            Stephen P. Carrigan/Jill L. Groff

Imanage 68842