APPEAL, CLOSED

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10281-EFH

Ary Jewelers, LLC v. IBJTC Business Credit Corporation

Assigned to: Senior Judge Edward F. Harrington

Cause: 28:1332 Diversity-Property Damage

Date Filed: 02/10/2004

Jury Demand: None

Nature of Suit: 380 Personal Property: Other

Jurisdiction: Diversity

### Plaintiff

**Ary Jewelers, LLC**

represented by **Ashish Mahendru**
Mahendru, PC
1111 Bagby
Suite 2000
Houston, TX 77002
713-571-1519
Fax: 713-651-0776
Email:
amahendru@thelitigationgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry L. Pickens**
Spencer Fane Britt & Browne
1000 Walnut Street
Suite 1400
Kansas City, MO 64106-2140
816-29208203
Email: bpickens@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill L. Groff**
The Carrigan Law Firm, L.L.P.
2 Houston Center
909 Fannin
Suite 1575
Houston, TX 77010
713-739-0810
Fax: 713-739-0821
Email: wwatson@carriganlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Carrigan**
The Carrigan Law Firm LLP

**Defendant**

**Whitehall Business Credit Corp.**
*TERMINATED: 05/07/2004*

represented by **Dale Lee Beckerman**
(See above for address)
*TERMINATED: 03/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Fischler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IBJ Whitehall Business Credit Corp.**
*TERMINATED: 05/07/2004*

represented by **Dale Lee Beckerman**
(See above for address)
*TERMINATED: 03/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Fischler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IBJTC Business Credit Corp.**

represented by **Dale Lee Beckerman**
(See above for address)
*TERMINATED: 03/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee S. Gayer**
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087
212-841-5700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Fischler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Thomas, Jr.**
Thomas & Associates
600 Atlantic Ave.
12th Floor
Boston, MA 02210-2211

617-371-1072
Fax: 617-371-1037
Email: rmt@thomasandassoc.net
*TERMINATED: 03/22/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royston H. Delaney**
Thomas & Associates
600 Atlantic Ave.
12th Floor
Boston, MA 02210-2211
617-371-0936
Fax: 617-371-1037
Email:
RHD@THOMASANDASSOC.NET
*TERMINATED: 03/22/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher R. Dillon**
Ropes & Gray LLP (BOS)
One International Place
Boston, MA 02110
617-951-7827
Fax: 617-951-7050
Email: cdillon@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Kate Cimini**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7167
Fax: 617-951-7050
Email: kcimini@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Molinario**
*TERMINATED: 05/01/2006*

.

represented by **Dale Lee Beckerman**
(See above for address)
*TERMINATED: 03/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee S. Gayer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Fischler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher R. Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate Cimini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M. Thomas, Jr.**
(See above for address)
*TERMINATED: 03/22/2005*
*ATTORNEY TO BE NOTICED*

**Royston H. Delaney**
(See above for address)
*TERMINATED: 03/22/2005*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2004 | 18 | Case transferred in from District of Western Missouri; Case Number 03-0439-CV-W-FJG. Original file with documents numbered 1-17, certified copy of transfer order and docket sheet received. (Attachments: # 1 Docket) (Holahan, Sandra) (Entered: 02/17/2004) |
| 02/10/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge BOWLER. (Holahan, Sandra) (Entered: 03/02/2004) |
| 02/18/2004 | 19 | NOTICE of Scheduling Conference Scheduling Conference set for 5/12/2004 02:00 PM in Courtroom 19 before Edward F. Harrington. (Holahan, Sandra) (Entered: 02/18/2004) |
| 03/19/2004 | 20 | NOTICE of Withdrawal of Appearance Attorney Dale Lee Beckerman terminated. (Holahan, Sandra) (Entered: 03/19/2004) |
| 05/04/2004 | 21 | NOTICE of Appearance by Royston H. Delaney, Robert M. Thomas Jr. on behalf of IBJTC Business Credit Corp. (Holahan, Sandra) (Entered: 05/05/2004) |
| 05/04/2004 | 23 | JOINT STATEMENT re scheduling conference. (Holahan, Sandra) (Entered: 05/07/2004) |
| 05/07/2004 | 22 | NOTICE of Appearance by Royston H. Delaney, Robert M. Thomas Jr. on behalf of David Molinario (Holahan, Sandra) (Entered: 05/07/2004) |
| 05/12/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Edward |

| | | F. Harrington : Scheduling Conference held on 5/12/2004. Case called; Joint statement approved; Final Pretrial Conference scheduled for 2/15/2006. Order issued. (Court Reporter none.) (Holahan, Sandra) (Entered: 05/13/2004) |
|---|---|---|
| 05/12/2004 | 24 | Judge Edward F. Harrington : PROCEDURAL ORDER re pretrial: Final Pretrial Conference set for 2/15/2006 02:00 PM in Courtroom 19 before Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 05/13/2004) |
| 05/24/2004 | 25 | MOTION for Leave to Appear Pro Hac Vice by Robert S. Fischler by IBJTC Business Credit Corp., David Molinario.(Holahan, Sandra) (Entered: 05/26/2004) |
| 05/24/2004 | 26 | AFFIDAVIT of Robert S. Fischler in Support re 25 MOTION for Leave to Appear Pro Hac Vice by Robert S. Fischler. (Holahan, Sandra) (Entered: 05/26/2004) |
| 05/25/2004 | ◑ | Judge Edward F. Harrington : ORDER entered ELECTRONIC ENDORSEMENT re 25 MOTION for Leave to Appear Pro Hac Vice by Robert S. Fischler filed by IBJTC Business Credit Corp., David Molinario. MOTION ALLOWED. cc/cl(Holahan, Sandra) (Entered: 05/26/2004) |
| 05/25/2004 | 27 | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 25 Motion for Leave to Appear Pro Hac Vice Added Robert S. Fischler for IBJTC Business Credit Corp. and David Molinario (Holahan, Sandra) (Entered: 05/26/2004) |
| 06/01/2004 | ◑ | Filing fee: $ 50, receipt number 56263 regarding motion to appear phv (Holahan, Sandra) (Entered: 06/03/2004) |
| 06/17/2004 | 28 | NOTICE of filing Rule 26(a) initial disclosures by Ary Jewelers, LLC (Holahan, Sandra) (Entered: 06/21/2004) |
| 07/12/2004 | 29 | CERTIFICATION pursuant to Local Rule 16.1 by Ary Jewelers, LLC, IBJ Whitehall Bank & Trust Co..(Holahan, Sandra) (Entered: 07/19/2004) |
| 03/11/2005 | 30 | ASSENTED MOTION for Extension of Time to 6/15/2005 to Complete Discovery by Ary Jewelers. LLC.(Holahan, Sandra) (Entered: 03/14/2005) |
| 03/15/2005 | ◑ | Judge Edward F. Harrington : Electronic ORDER entered granting 30 Motion for Extension of Time to Complete Discovery. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/15/2005) |
| 03/21/2005 | 31 | NOTICE of Change of Address by Robert S. Fischler (Fischler, Robert) (Entered: 03/21/2005) |
| 03/22/2005 | 32 | Letter/request (non-motion) from Rory Delaney. (Holahan, Sandra) (Entered: 03/31/2005) |
| 03/22/2005 | ◑ | NOTICE of Withdrawal of Appearance Attorney Royston H. Delaney |

| | | and Robert M. Thomas, Jr terminated. (Holahan, Sandra) (Entered: 03/31/2005) |
|---|---|---|
| 06/06/2005 | 33 | NOTICE of Appearance by Kate Cimini on behalf of IBJTC Business Credit Corp., David Molinario. (Cimini, Kate) (Entered: 06/06/2005) |
| 06/06/2005 | 34 | MOTION for Leave to Appear Pro Hac Vice by Lee S. Gayer by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Certificate of Lee S. Gayer in Support of Motion for Admission Pro Hac Vice)(Cimini, Kate) (Entered: 06/06/2005) |
| 06/06/2005 | | Filing fee: $ 50.00. receipt number 64750 regarding motion to appear pro hac vice #34 (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/08/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 34 Motion for Leave to Appear Pro Hac Vice Added Lee S. Gayer for IBJTC Business Credit Corp. and David Molinario. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/08/2005) |
| 07/27/2005 | 35 | DESIGNATION OF EXPERT WITNESSES by Ary Jewelers, LLC. (Abaid, Kim) (Entered: 08/01/2005) |
| 08/11/2005 | 36 | MOTION for Summary Judgment by IBJTC Business Credit Corp., David Molinario.(Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 37 | MEMORANDUM in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 38 | AFFIDAVIT in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P)(Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 39 | AFFIDAVIT in Support re 36 MOTION for Summary Judgment. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 40 | AFFIDAVIT of Francis D. O'Connor, Jr. in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Cimini, Kate) (Entered: 08/11/2005) |
| 08/19/2005 | 41 | CORRECTED MEMORANDUM in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Bell, Marie) (Entered: 08/22/2005) |
| 08/23/2005 | 42 | Joint MOTION for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment and to Complete Expert Discovery, Joint MOTION for Leave to File *a Reply Brief* by IBJTC Business Credit Corp., David Molinario.(Cimini, Kate) (Entered: 08/23/2005) |

| | | and Robert M. Thomas, Jr terminated. (Holahan, Sandra) (Entered: 03/31/2005) |
|---|---|---|
| 06/06/2005 | 33 | NOTICE of Appearance by Kate Cimini on behalf of IBJTC Business Credit Corp., David Molinario (Cimini, Kate) (Entered: 06/06/2005) |
| 06/06/2005 | 34 | MOTION for Leave to Appear Pro Hac Vice by Lee S. Gayer by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Certificate of Lee S. Gayer in Support of Motion for Admission Pro Hac Vice)(Cimini, Kate) (Entered: 06/06/2005) |
| 06/06/2005 | ◑ | Filing fee: $ 50.00. receipt number 64750 regarding motion to appear pro hac vice #34 (Holahan, Sandra) (Entered: 06/06/2005) |
| 06/08/2005 | ◑ | Judge Edward F. Harrington : Electronic ORDER entered granting 34 Motion for Leave to Appear Pro Hac Vice Added Lee S. Gayer for IBJTC Business Credit Corp. and David Molinario. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 06/08/2005) |
| 07/27/2005 | 35 | DESIGNATION OF EXPERT WITNESSES by Ary Jewelers, LLC. (Abaid, Kim) (Entered: 08/01/2005) |
| 08/11/2005 | 36 | MOTION for Summary Judgment by IBJTC Business Credit Corp.. David Molinario.(Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 37 | MEMORANDUM in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 38 | AFFIDAVIT in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P)(Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 39 | AFFIDAVIT in Support re 36 MOTION for Summary Judgment. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Cimini, Kate) (Entered: 08/11/2005) |
| 08/11/2005 | 40 | AFFIDAVIT of Francis D. O'Connor, Jr. in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Cimini, Kate) (Entered: 08/11/2005) |
| 08/19/2005 | 41 | CORRECTED MEMORANDUM in Support re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp.. David Molinario. (Bell, Marie) (Entered: 08/22/2005) |
| 08/23/2005 | 42 | Joint MOTION for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment and to Complete Expert Discovery, Joint MOTION for Leave to File *a Reply Brief* by IBJTC Business Credit Corp.. David Molinario.(Cimini, Kate) (Entered: 08/23/2005) |

| 08/25/2005 | 43 | NOTICE of Appearance by Ashish Mahendru on behalf of Ary Jewelers, LLC. c/s. (Bell, Marie) (Entered: 08/26/2005) |
|---|---|---|
| 08/25/2005 | 44 | MOTION for Leave to Appear Pro Hac Vice by Stephen P. Carrigan and Jill L. Groff Filing fee $ 100.00, receipt number 66485. by Ary Jewelers, LLC. c/s.(Bell, Marie) (Entered: 08/26/2005) |
| 08/25/2005 | 45 | Certificate of Good Standing by Jill L. Groff re 44 MOTION for Leave to Appear Pro Hac Vice by Stephen P. Carrigan and Jill L. Groff Filing fee $ 100.00, receipt number 66485.. (Bell, Marie) (Entered: 08/26/2005) |
| 08/25/2005 | 46 | Certificate of Good Standing by Carrigan re 44 MOTION for Leave to Appear Pro Hac Vice by Stephen P. Carrigan and Jill L. Groff Filing fee $ 100.00. receipt number 66485.. (Bell, Marie) (Entered: 08/26/2005) |
| 08/30/2005 | ◑ | Judge Edward F. Harrington : Electronic ORDER entered granting 42 Motion for Extension of Time, granting 42 Motion for Leave to File. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/31/2005) |
| 09/01/2005 | ◑ | Judge Edward F. Harrington : Electronic ORDER entered granting 44 Motion for Leave to Appear Pro Hac Vice Added Stephen P. Carrigan for Ary Jewelers, LLC, Jill L. Groff for Ary Jewelers, LLC. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 09/02/2005) |
| 09/12/2005 | 47 | NOTICE of Change of Address by Stephen P. Carrigan, Jill L. Groff (Holahan, Sandra) (Entered: 09/14/2005) |
| 09/15/2005 | 48 | MOTION for Leave to File second amended complaint by Ary Jewelers, LLC.(Holahan, Sandra) (Entered: 09/19/2005) |
| 09/15/2005 | 49 | MOTION for Leave to File objections to defendants' summary judgment evidence and motion to strike. or in the alternative, to file opposition more than 20 pages in length by Ary Jewelers. LLC.(Holahan, Sandra) (Entered: 09/19/2005) |
| 09/15/2005 | 50 | Opposition re 36 MOTION for Summary Judgment filed by Ary Jewelers. LLC. (Holahan, Sandra) (Entered: 09/19/2005) |
| 09/15/2005 | 51 | Plaintiff's STATEMENT of material facts of record as to which it is contended that there exists a genuine issue to be tried re 36 MOTION for Summary Judgment. (Holahan, Sandra) (Entered: 09/19/2005) |
| 09/15/2005 | 53 | MOTION to Strike certain defendant's exhibits by Ary Jewelers, LLC. (Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 54 | AFFIDAVIT of Barry Pickens in Support re 50 Opposition to Motion. (Attachments: # 1 Exhibit 1 (NOT SCANNED))(Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 55 | Supplemental Affidavit of Barry Pickens (Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 56 | AFFIDAVIT of Jill L. Groff in Support re 50 Opposition to Motion. (Attachments: # 1 Exhibit 1-3 (NOT SCANNED))(Holahan, Sandra) (Entered: 09/20/2005) |

| 09/15/2005 | 57 | AFFIDAVIT of Thomas Bonville in Support re 50 Opposition to Motion. (Holahan, Sandra) Additional attachment(s) added on 9/20/2005 (Holahan, Sandra). (Entered: 09/20/2005) |
|---|---|---|
| 09/15/2005 | 58 | AFFIDAVIT of John S. Baerst in Support re 50 Opposition to Motion. (Attachments: # 1 Exhibit 1-3 (NOT SCANNED))(Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 59 | AFFIDAVIT of Tom Morgan in Support re 50 Opposition to Motion. (Attachments: # 1 Exhibit 1)(Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 60 | AFFIDAVIT of Shirley Webster in Support re 50 Opposition to Motion. (Attachments: # 1 Exhibit 1-7 (NOT SCANNED))(Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 61 | AFFIDAVIT of Joseph G. Thompson, III in Support re 50 Opposition to Motion. (Attachments: # 1 Exhibit 1 (NOT SCANNED))(Holahan, Sandra) (Entered: 09/20/2005) |
| 09/15/2005 | 62 | AFFIDAVIT of Ijaz-Ul-Ahsan in Support re 50 Opposition to Motion. (Holahan, Sandra) (Entered: 09/20/2005) |
| 09/19/2005 | 52 | STATEMENT of facts re 36 MOTION for Summary Judgment. (Cimini, Kate) (Entered: 09/19/2005) |
| 09/22/2005 | 63 | Judge Edward F. Harrington : ORDER entered. REVISED PROCEDURAL ORDER re pretrial: Final Pretrial Conference set for 2/15/2006 11:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 09/26/2005) |
| 09/29/2005 | 64 | REPLY to Response to Motion re 36 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Cimini, Kate) (Entered: 09/29/2005) |
| 09/29/2005 | 65 | AFFIDAVIT in Support re 64 Reply to Response to Motion. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Cimini, Kate) (Entered: 09/29/2005) |
| 09/29/2005 | 66 | Opposition re 48 MOTION for Leave to File *Second Amended Complaint* filed by IBJTC Business Credit Corp.. David Molinario. (Cimini, Kate) (Entered: 09/29/2005) |
| 09/29/2005 | 67 | Opposition re 53 MOTION to Strike filed by IBJTC Business Credit Corp., David Molinario. (Cimini, Kate) (Entered: 09/29/2005) |
| 09/29/2005 | 68 | MOTION to Strike *Certain Material Filed by Plaintiff in Opposition to Defendants' Motion for Summary Judgment* by IBJTC Business Credit Corp., David Molinario.(Cimini, Kate) (Entered: 09/29/2005) |
| 09/29/2005 | 69 | MEMORANDUM in Support re 68 MOTION to Strike *Certain Material Filed by Plaintiff in Opposition to Defendants' Motion for Summary Judgment* filed by IBJTC Business Credit Corp., David Molinario. (Cimini, Kate) (Entered: 09/29/2005) |

| 10/11/2005 | ❍ | Judge Edward F. Harrington : ElectronicORDER entered granting 48 Motion for Leave to File second amended complaint. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 10/11/2005) |
|---|---|---|
| 10/11/2005 | 70 | SECOND AMENDED COMPLAINT against IBJTC Business Credit Corp., David Molinario, filed by Ary Jewelers, LLC.(Holahan, Sandra) (Entered: 10/11/2005) |
| 10/11/2005 | ❍ | Judge Edward F. Harrington : ElectronicORDER entered granting in part and denying in part 49 Motion for Leave to File objections to defendants' summary judgment evidence and motion to strike, or in the alternative, to file opposition more than 20 pages in length. MOTION TO FILE OPPOSITION IS ALLOWED; MOTION FOR LEAVE IS DENIED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 10/11/2005) |
| 10/11/2005 | ❍ | Judge Edward F. Harrington : ElectronicORDER entered denying 68 Motion to Strike. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 10/11/2005) |
| 10/11/2005 | 71 | Judge Edward F. Harrington : ORDER entered finding as moot 36 Motion for Summary Judgment. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 10/12/2005) |
| 10/21/2005 | 72 | ANSWER to Amended Complaint by IBJTC Business Credit Corp., David Molinario.(Cimini, Kate) (Entered: 10/21/2005) |
| 10/24/2005 | 73 | MOTION for Summary Judgment by IBJTC Business Credit Corp., David Molinario.(Dillon, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 74 | STATEMENT of facts re 73 MOTION for Summary Judgment. (Dillon, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 75 | MEMORANDUM in Support re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Dillon, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 76 | AFFIDAVIT of Kate Cimini in Support re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Dillon, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 77 | AFFIDAVIT of Francis D. O'Connor, Jr. in Support re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Dillon, Christopher) (Entered: 10/24/2005) |
| 10/24/2005 | 78 | AFFIDAVIT of Steven Cole in Support re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Dillon, Christopher) (Entered: 10/24/2005) |
| 11/04/2005 | 79 | MOTION to Continue Defendant's Motion for Summary Judgment by Ary Jewelers, LLC. (Attachments: # 1 Text of Proposed Order) |

| | | (Mahendru, Ashish) (Entered: 11/04/2005) |
|---|---|---|
| 11/04/2005 | 80 | EXHIBIT re 79 MOTION to Continue Defendant's Motion for Summary Judgment by Ary Jewelers, LLC. (Mahendru, Ashish) (Entered: 11/04/2005) |
| 11/04/2005 | 81 | Opposition re 79 MOTION to Continue Defendant's Motion for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Dillon, Christopher) (Entered: 11/04/2005) |
| 11/07/2005 | 82 | MOTION for Leave to File *Opposition More Than 20 Pages In Length* by Ary Jewelers, LLC. (Attachments: # 1 Text of Proposed Order) (Mahendru, Ashish) (Entered: 11/07/2005) |
| 11/07/2005 | 83 | Supplemental Opposition re 73 MOTION for Summary Judgment filed by Ary Jewelers, LLC. (Mahendru, Ashish) (Entered: 11/07/2005) |
| 11/07/2005 | 84 | STATEMENT of facts *Supplemental.* (Mahendru, Ashish) (Entered: 11/07/2005) |
| 11/07/2005 | 85 | MOTION to Strike 77 Affidavit in Support of Motion, 78 Affidavit in Support of Motion, 73 MOTION for Summary Judgment, 76 Affidavit in Support of Motion, by Ary Jewelers, LLC. (Attachments: # 1 Text of Proposed Order)(Mahendru, Ashish) (Entered: 11/07/2005) |
| 11/07/2005 | 86 | MEMORANDUM in Support re 85 MOTION to Strike 77 Affidavit in Support of Motion, 78 Affidavit in Support of Motion, 73 MOTION for Summary Judgment, 76 Affidavit in Support of Motion, filed by Ary Jewelers, LLC. (Mahendru, Ashish) (Entered: 11/07/2005) |
| 11/07/2005 | 87 | MOTION to File Reply Brief and Statement of Mootness re 73 MOTION for Summary Judgment, 79 MOTION to Continue Defendant's Motion for Summary Judgment by IBJTC Business Credit Corp., David Molinario.(Dillon, Christopher) (Entered: 11/07/2005) |
| 11/07/2005 | | Judge Edward F. Harrington : ElectronicORDER entered denying 79 Motion to Continue. MOTION FOR CONTINUENCE OF CONSIDERATION IS DENIED. cc/cl (Holahan, Sandra) (Entered: 11/08/2005) |
| 11/07/2005 | 88 | MOTION to Compel production of documents by Ary Jewelers, LLC. (Holahan, Sandra) (Entered: 11/09/2005) |
| 11/08/2005 | | Judge Edward F. Harrington : ElectronicORDER entered granting 82 Motion for Leave to File opposition more than 20 pages. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 11/08/2005) |
| 11/09/2005 | 89 | Opposition re 88 MOTION to Compel filed by IBJTC Business Credit Corp., David Molinario. (Dillon, Christopher) (Entered: 11/09/2005) |
| 11/15/2005 | 90 | REPLY to Response to Motion re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Dillon, Christopher) (Entered: 11/15/2005) |
| 11/15/2005 | 91 | Opposition re 85 MOTION to Strike 77 Affidavit in Support of Motion, |

| | | 78 Affidavit in Support of Motion, 73 MOTION for Summary Judgment, 76 Affidavit in Support of Motion, filed by IBJTC Business Credit Corp., David Molinario. (Attachments: # 1 Exhibit Prior Opposition)(Dillon, Christopher) (Entered: 11/15/2005) |
| --- | --- | --- |
| 11/17/2005 | ❏ | Judge Edward F. Harrington : ORDER entered denying 85 Motion to Strike. MOTION TO STRIKE IS DENIED. cc/cl (Holahan, Sandra) (Entered: 11/17/2005) |
| 12/14/2005 | 92 | REPLY to Response to Motion re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp., David Molinario. (Holahan, Sandra) (Entered: 12/19/2005) |
| 12/20/2005 | 93 | Judge Edward F. Harrington : ORDER entered. ORDER Setting Hearing on Motion 73 MOTION for Summary Judgment: Motion Hearing set for 1/5/2006 11:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 12/20/2005) |
| 12/20/2005 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered denying 88 Motion to Compel. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 12/20/2005) |
| 12/22/2005 | 94 | ASSENTED MOTION for Extension of Time to 1/18/2006 or 1/19/2006 for hearing on motion for S/J by Ary Jewelers, LLC.(Holahan, Sandra) (Entered: 12/29/2005) |
| 12/29/2005 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered granting 94 Motion for Extension of Time. MOTION ALLOWED. TO BE CONTINUED TO 1/18/2006 AT 2:00 P.M. cc/cl (Holahan, Sandra) (Entered: 12/29/2005) |
| 01/19/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Motion Hearing held on 1/19/2006 re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp.., David Molinario.. Counsel for all parties appear; Arguments heard; Court takes motion under advisement; Order to be issued. (Court Reporter Carol Scott.) (Holahan, Sandra) (Entered: 01/20/2006) |
| 01/19/2006 | 95 | Judge Edward F. Harrington : ORDER entered. re 73 MOTION for Summary Judgment filed by IBJTC Business Credit Corp.,, David Molinario, (Holahan, Sandra) (Entered: 01/20/2006) |
| 01/19/2006 | 96 | Letter/request (non-motion) from Christopher R. Dillon. (Holahan, Sandra) (Entered: 01/23/2006) |
| 01/30/2006 | 97 | Letter/request (non-motion) from Christopher Dillon. (Dillon, Christopher) (Entered: 01/30/2006) |
| 02/07/2006 | 98 | Judge Edward F. Harrington : MEMORANDUM AND ORDER entered denying 73 Motion for Summary Judgment. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 02/07/2006) |
| 02/07/2006 | 99 | NOTICE issued to Attorney Lee S. Gayer regarding mandatory use of |

| | | |
|---|---|---|
| | | ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Holahan, Sandra) (Entered: 02/07/2006) |
| 02/07/2006 | 100 | NOTICE issued to Attorney Barry L. Pickens regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Holahan, Sandra) (Entered: 02/07/2006) |
| 02/09/2006 | 101 | Joint MOTION to Continue the Final Pretrial Conference *Until After the Completion of Expert Discovery* by IBJTC Business Credit Corp., David Molinario.(Cimini, Kate) (Entered: 02/09/2006) |
| 02/15/2006 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered denying 101 Motion to Continue. MOTION DENIED AFTER ADVISED THAT PARTIES WOULD APPEAR. cc/cl (Holahan, Sandra) (Entered: 02/15/2006) |
| 02/15/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Final Pretrial Conference held on 2/15/2006. Counsel for all parties appear; Court sets 9/25/2006 as date for non-jury trial; Order to be issued. (Court Reporter none.) (Holahan, Sandra) (Entered: 02/15/2006) |
| 02/16/2006 | 102 | Judge Edward F. Harrington : ORDER entered. PROCEDURAL ORDER re bench trial: Bench Trial set for 9/25/2006 09:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 02/21/2006) |
| 03/03/2006 | 103 | TRANSCRIPT of Summary Judgment Motion Hearing held on January 19, 2006 before Judge Harrington. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/03/2006) |
| 04/27/2006 | 104 | STIPULATION of Dismissal *of David Molinario* by David Molinario. (Dillon, Christopher) (Entered: 04/27/2006) |
| 04/27/2006 | 105 | ASSENTED MOTION to Continue Bench Trial scheduled for 9/25/2006 to mid-November by IBJTC Business Credit Corp.. David Molinario, Ary Jewelers, LLC, IBJ Whitehall Bank & Trust Co..(Holahan, Sandra) (Entered: 04/27/2006) |
| 05/01/2006 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered granting 105 Motion to Continue. MOTION ALLOWED. Bench Trial RESET for 12/11/2006 09:00 AM in Courtroom 13 before Senior Judge Edward F. Harrington. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 05/01/2006) |
| 05/01/2006 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 104 Stipulation of Dismissal filed by David Molinario. STIPULATION APPROVED. cc/cl (Holahan, Sandra) (Entered: 05/01/2006) |
| 05/02/2006 | 106 | Judge Edward F. Harrington : ORDER entered. REVISED PROCEDURAL ORDER re non-trial: Bench Trial RESET for 12/11/2006 09:00 AM in Courtroom 13 before Senior Judge Edward F. |

| | | Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 05/03/2006) |
|---|---|---|
| 06/01/2006 | 107 | MOTION to Compel *Plaintiff's Motion to Reurge Plaintiff's Previously Filed Motion to Compel* by Ary Jewelers, LLC.(Groff, Jill) (Entered: 06/01/2006) |
| 06/01/2006 | 108 | EXHIBIT re 107 MOTION to Compel *Plaintiff's Motion to Reurge Plaintiff's Previously Filed Motion to Compel Exhibits to Plaintiff's Motion to Reurge Plaintiff's Previously Filed Motion to Compel* by Ary Jewelers, LLC. (Groff, Jill) (Entered: 06/01/2006) |
| 06/01/2006 | 109 | MOTION for Discovery *Plaintiff ARY Jewelers, LLC's Motion for Addtional Discovery* by Ary Jewelers, LLC.(Groff, Jill) (Entered: 06/01/2006) |
| 06/01/2006 | 110 | MOTION for Order to Order Granting Motion to Compel by Ary Jewelers, LLC.(Groff, Jill) (Entered: 06/01/2006) |
| 06/01/2006 | 111 | Opposition re 110 MOTION for Order to Order Granting Motion to Compel, 107 MOTION to Compel *Plaintiff's Motion to Reurge Plaintiff's Previously Filed Motion to Compel* filed by IBJTC Business Credit Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Dillon, Christopher) (Entered: 06/01/2006) |
| 06/01/2006 | 112 | Opposition re 109 MOTION for Discovery *Plaintiff ARY Jewelers, LLC's Motion for Addtional Discovery* filed by IBJTC Business Credit Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit)(Dillon, Christopher) (Entered: 06/01/2006) |
| 06/19/2006 | ❏ | Motions terminated: 53 MOTION to Strike filed by Ary Jewelers, LLC,, 87 MOTION to File Reply Brief and Statement of Mootness re 73 MOTION for Summary Judgment, 79 MOTION to Continue Defendant's Motion for Summary Judgment filed by IBJTC Business Credit Corp.,, David Molinario,. (Document #53 terminated because outdated; Document #87 terminated as is was unopposed) (Holahan, Sandra) (Entered: 06/19/2006) |
| 06/19/2006 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered denying 107 Motion to Compel. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 06/19/2006) |
| 06/19/2006 | ❏ | Judge Edward F. Harrington : Electronic ORDER entered denying 109 Motion for Discovery. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 06/19/2006) |
| 06/19/2006 | ❏ | Motions terminated: 110 MOTION for Order to Order Granting Motion to Compel filed by Ary Jewelers, LLC,. (This was not a motion but a proposed order to a motion) (Holahan, Sandra) (Entered: 06/19/2006) |
| 06/30/2006 | 113 | MOTION to Continue Date of Bench Trial by IBJTC Business Credit Corp..(Dillon, Christopher) Additional attachment(s) added on 7/6/2006 (Folan, Karen). (Entered: 06/30/2006) |

| 07/18/2006 | ◑ | Judge Edward F. Harrington : Electronic ORDER entered granting 113 Motion to Continue Bench Trial reset for 12/4/2006 09:00 AM before Senior Judge Edward F. Harrington. (Folan, Karen) (Entered: 07/18/2006) |
|---|---|---|
| 09/15/2006 | ◑114 | MOTION to Strike *EXPERT REPORT AND TO ENTER JUDGMENT DISMISSING THE SOLE REMAINING COUNT OF THE SECOND AMENDED COMPLAINT* by IBJTC Business Credit Corp..(Dillon, Christopher) (Entered: 09/15/2006) |
| 09/15/2006 | ◑115 | MEMORANDUM in Support re 114 MOTION to Strike *EXPERT REPORT AND TO ENTER JUDGMENT DISMISSING THE SOLE REMAINING COUNT OF THE SECOND AMENDED COMPLAINT* filed by IBJTC Business Credit Corp.. (Dillon, Christopher) (Entered: 09/15/2006) |
| 09/15/2006 | ◑16 | AFFIDAVIT of Christopher Dillon in Support re 114 MOTION to Strike *EXPERT REPORT AND TO ENTER JUDGMENT DISMISSING THE SOLE REMAINING COUNT OF THE SECOND AMENDED COMPLAINT* filed by IBJTC Business Credit Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Dillon, Christopher) (Entered: 09/15/2006) |
| 09/28/2006 | ◑117 | ASSENTED TO MOTION for Extension of Time to October 9, 2006 to respond to motion to strike and Motion for leave to file reply by Ary Jewelers, LLC. (Attachments: # 1 Proposed Order)(Folan, Karen) (Entered: 09/28/2006) |
| 10/04/2006 | ◑ | Judge Edward F. Harrington : Electronic ORDER entered granting 117 Motion for Extension of Time (Folan, Karen) (Entered: 10/04/2006) |
| 10/09/2006 | ◑118 | Opposition re 114 MOTION to Strike *EXPERT REPORT AND TO ENTER JUDGMENT DISMISSING THE SOLE REMAINING COUNT OF THE SECOND AMENDED COMPLAINT* filed by Ary Jewelers, LLC. (Attachments: # 1 Exhibit Defendants' Motion to STrike Certain Material Filed by Plaintiff in Opposition to Defendants' Motion for Summary Judgment# 2 Exhibit Defendants' Motion for Summary Judgment# 3 Exhibit Plaintiff ARY Jewelers, LLC's Opposition to Defendants' Motion for Summary Judgment# 4 Exhibit Joint Statement Pursuant to Local Rule 16.1(D)# 5 Exhibit Assented to Motion to Extend the Time for Fact Discovery)(Groff, Jill) (Entered: 10/09/2006) |
| 10/09/2006 | ◑19 | Opposition re 114 MOTION to Strike *EXPERT REPORT AND TO ENTER JUDGMENT DISMISSING THE SOLE REMAINING COUNT OF THE SECOND AMENDED COMPLAINT* filed by Ary Jewelers, LLC. (Attachments: # 1 Exhibit Defendants' Motion to Strike Certain Material Filed by Plaintiff in Opposition to Defendants' Motion for Summary Judgment# 2 Exhibit Defendants' Motion for Summary Judgment# 3 Exhibit Plaintiff ARY Jewelers, LLC's Opposition to Defendants' Motion for Summary Judgment# 4 Exhibit Joint Statement Pursuant to Local 16.1(D)# 5 Exhibit Assented to Motion to Extend The Time for Fact Discovery)(Groff, Jill) (Entered: 10/09/2006) |

| 10/24/2006 | 127 | Judge Edward F. Harrington : ORDER entered granting in part and denying in part 114 Motion to Strike. (Folan, Karen) (Entered: 10/25/2006) |
|---|---|---|
| 11/09/2006 | 128 | Emergency MOTION for Reconsideration re 127 Order on Motion to Strike by Ary Jewelers, LLC.(Groff, Jill) (Entered: 11/09/2006) |
| 11/09/2006 | 129 | MEMORANDUM in Support re 128 Emergency MOTION for Reconsideration re 127 Order on Motion to Strike *Expert Report of Shirley Webster* filed by Ary Jewelers, LLC. (Groff, Jill) (Entered: 11/09/2006) |
| 11/13/2006 | 130 | Opposition re 128 Emergency MOTION for Reconsideration re 127 Order on Motion to Strike filed by IBJTC Business Credit Corp.. (Dillon, Christopher) (Entered: 11/13/2006) |
| 11/13/2006 | 131 | JOINT STATEMENT of counsel *Pursuant to Revised Trial Order.* (Buford, Frank) (Entered: 11/13/2006) |
| 11/16/2006 | ❑ | Judge Edward F. Harrington : Electronic ORDER entered denying 128 Motion for Reconsideration. (Folan, Karen) (Entered: 11/16/2006) |
| 11/20/2006 | 132 | *Plaintiff's* Exhibit List by Ary Jewelers, LLC.. (Groff, Jill) (Entered: 11/20/2006) |
| 11/20/2006 | 133 | Exhibit List by IBJTC Business Credit Corp... (Buford, Frank) (Entered: 11/20/2006) |
| 11/21/2006 | 134 | Third MOTION to Continue Trial Setting by Ary Jewelers, LLC. (Attachments: # 1 Affidavit Verification of Jill L. Groff)(Groff, Jill) (Entered: 11/21/2006) |
| 11/21/2006 | 135 | Opposition re 134 Third MOTION to Continue Trial Setting filed by IBJTC Business Credit Corp.. (Attachments: # 1 Exhibit A)(Dillon, Christopher) (Entered: 11/21/2006) |
| 11/27/2006 | 136 | MOTION for Leave to Appeal by Ary Jewelers, LLC.(Groff, Jill) (Entered: 11/27/2006) |
| 11/27/2006 | 137 | NOTICE by IBJTC Business Credit Corp. *of Intent to Object to Proposed Trial Exhibits and Qualifications of Expert Witnesses of Plaintiff ARY Jewelers, LLC* (Buford, Frank) (Entered: 11/27/2006) |
| 11/27/2006 | 138 | MEMORANDUM in Support re 136 MOTION for Leave to Appeal filed by Ary Jewelers, LLC. (Groff, Jill) (Entered: 11/27/2006) |
| 11/28/2006 | ❑ | Judge Edward F. Harrington : Electronic ORDER entered denying 134 Motion to Continue. "Motion is denied. Request for Emergency decision is allowed." (Folan, Karen) (Entered: 11/28/2006) |
| 11/28/2006 | 139 | Opposition re 136 MOTION for Leave to Appeal filed by IBJTC Business Credit Corp.. (Dillon, Christopher) (Entered: 11/28/2006) |
| 11/29/2006 | ❑ | Judge Edward F. Harrington : Electronic ORDER entered denying 136 Motion for Leave to Appeal. "Motion denied." (Folan, Karen) (Entered: |

| | | 11/29/2006) |
|---|---|---|
| 12/04/2006 | ⊘140 | TRIAL BRIEF by IBJTC Business Credit Corp.. (Buford, Frank) (Entered: 12/04/2006) |
| 12/04/2006 | ⊘141 | MOTION to Dismiss for Lack of Prosecution *and Entry of Judgment* by IBJTC Business Credit Corp..(Dillon, Christopher) (Entered: 12/04/2006) |
| 12/04/2006 | ⊘142 | Judge Edward F. Harrington : ORDER entered. DEFAULT JUDGMENT in favor of Defendant. (Folan, Karen) (Entered: 12/05/2006) |
| 12/04/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Bench Trial held on 12/4/2006. EFH hears from parties. Plaintiff is not prepared to go forward today with witnesses. Defendant responds and moves for a default judgment. EFH allows motion for default judgment. Defendant to file written motion. (Court Reporter Patrisso.) (Folan, Karen) (Entered: 01/03/2007) |
| 12/05/2006 | ❍ | Judge Edward F. Harrington : Electronic ORDER entered granting 141 Motion to Dismiss for Lack of Prosecution. "Motion was granted in open court on 12/4/06. So ordered on 12/4/06." (Folan, Karen) (Entered: 12/05/2006) |
| 12/08/2006 | ⊘143 | TRANSCRIPT of Bench Trial Day One held on December 4, 2006 before Judge Harrington. Court Reporter: Marcia G. Patrisso. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/08/2006) |
| 01/03/2007 | ⊘144 | *Plaintiff's* NOTICE OF APPEAL as to Order on Motion for Reconsideration, 127 Order on Motion to Strike, Order on Motion for Leave to Appeal, Order on Motion to Continue, Order on Motion to Dismiss/Lack of Prosecution, 142 Default Judgment by Ary Jewelers, LLC. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Groff, Jill) (Entered: 01/03/2007) |
| 01/03/2007 | ❍ | Filing fee: $ 455., receipt number 77384 for 144 Notice of Appeal., (Folan, Karen) (Entered: 01/08/2007) |
| 01/25/2007 | ⊘145 | TRANSCRIPT of Motion Hearing held on October 19, 2006 before Judge Harrington. Court Reporter: Marcia G. Patrisso. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) Modified on 1/25/2007 (Scalfani, Deborah). (Entered: 01/25/2007) |